JS 44C/SDNY
REV. 12/2025

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## PLAINTIFFS

1. Plaintiffs Catholic Legal Immigration Network, Inc. ("CLINIC");
2. African Communities Together ("ACT");
3. Agnes Kyeremaa; et.al.

## DEFENDANTS

1. Marco Rubio (in his official capacity as Secretary of State);
2. United States Department of State.

## ATTORNEYS (Firm Name, Address, And Telephone Number)

1. Joanna Elise Cuevas Ingram - National Immigration Law Center - (213) 377-5258
2. Erez Reuveni - Democracy Forward Foundation - (202) 316-9538
3. Hasan Shafiqullah - The Legal Aid Society - (212) 577-3300

## ATTORNEYS (If Known)

## CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Complaint for vacatur and declaratory and injunctive relief to vacate final agency actions by the Secretary of State and U.S. Department of State imposing a ban on visa issuance to nationals of 75 countries, in violation of the Administrative Procedure Act, 5 U.S.C. § 551 et seq., 5 U.S.C. §§ 553, 701 - 706, Immigration & Nationality Act, 8 U.S.C. § 1101 et seq., United States ex rel. Accardi v. Shaughnessy, 347 U.S. 260 (1954) 8 U.S.C. §§ 1201–1202, 22 C.F.R. §§ 40.6, 42.81, Ultra Vires Violation of the Constitution, and the Equal Protection and Due Process Clauses of the Fifth Amendment to the United States Constitution.

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time? No ☒ Yes ☐ _____

(If yes, Judge Previously Assigned)

If yes, was this case Vol. ☐ Invol. ☐   Dismissed. No ☐ Yes ☐   If yes, give date _____ & Case No. _____

Is this an international arbitration case?   Yes ☐ No ☒

## NATURE OF SUIT *(PLACE AN [x] IN ONE BOX ONLY)*

Click here for: Nature of Suit Code Descriptions.

### TORTS

| Contract | | Torts | | | |
|---|---|---|---|---|---|
| ☐ 110 Insurance | | **PERSONAL INJURY** | | **PERSONAL INJURY** | |
| ☐ 120 Marine | | ☐ 310 Airplane | | ☐ 365 Personal Injury Product Liability | |
| ☐ 130 Miller Act | | ☐ 315 Airplane Product Liability | | | |
| ☐ 140 Negotiable Instrument | | ☐ 320 Assault, Libel & Slander | | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | |
| ☐ 150 Recovery Of Overpayment & Enforcement Of Judgment | | ☐ 330 Federal Employers' Liability | | ☐ 368 Asbestos Personal Injury Product Liability | |
| ☐ 151 Medicare Act | | ☐ 340 Marine | | **PERSONAL PROPERTY** | |
| ☐ 152 Recovery Of Defaulted Student Loans (Excl Veterans) | | ☐ 345 Marine Product Liability | | ☐ 370 Other Fraud | |
| | | ☐ 350 Motor Vehicle | | ☐ 371 Truth In Lending | |
| ☐ 153 Recovery Of Overpayment Of Veteran's Benefits | | ☐ 355 Motor Vehicle Product Liability | | ☐ 380 Other Personal Property Damage | |
| ☐ 160 Stockholders Suits | | ☐ 360 Other Personal Injury | | ☐ 385 Property Damage Product Liability | |
| ☐ 190 Other Contract | | ☐ 362 Personal Injury - Medical Malpractice | | | |
| ☐ 195 Contract Product Liability | | | | | |
| ☐ 196 Franchise | | | | | |

### ACTIONS UNDER STATUTES

| Forfeiture/Penalty | | Bankruptcy | | Other Statutes | |
|---|---|---|---|---|---|
| ☐ 625 Drug Related Seizure Of Property 21 USC 881 | | ☐ 422 Appeal 28 USC 158 | | ☐ 375 False Claims Act | |
| ☐ 690 Other | | ☐ 423 Withdrawal 28 USC 157 | | ☐ 376 Qui Tam (31 USC 3729(a)) | |
| **Labor** | | **Intellectual Property Rights** | | ☐ 400 State Reapportionment | |
| | | | | ☐ 410 Antitrust | |
| ☐ 710 Fair Labor Standards Act | | ☐ 820 Copyrights | | ☐ 430 Banks & Banking | |
| ☐ 720 Labor/Management Relations | | ☐ 830 Patent | | ☐ 450 Commerce | |
| ☐ 740 Railway Labor Act | | ☐ 835 Patent - Abbreviated New Drug Application | | ☐ 460 Deportation | |
| ☐ 751 Family and Medical Leave Act (FMLA) | | ☐ 840 Trademark | | ☐ 470 Racketeer Influenced & Corrupt Organization Act (Rico) | |
| ☐ 790 Other Labor Litigation | | ☐ 880 Defend Trade Secrets Act of 2016 | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) | |
| ☐ 791 Employee Retirement Income Security Act (ERISA) | | | | ☐ 485 Telephone Consumer Protection Act | |
| | | | | ☐ 490 Cable/Satellite TV | |
| | | | | ☐ 850 Securities/ Commodities/ Exchange | |

| Real Property | | Civil Rights | | Prisoner Petitions | | Immigration | | Social Security | | Other Statutes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights (Non-Prisoner) | | **Habeas Corpus** | | ☐ 462 Naturalization Application | | ☐ 861 HIA (1395ff) | | ☐ 890 Other Statutory Actions | |
| ☐ 220 Foreclosure | | ☐ 441 Voting | | ☐ 463 Alien Detainee | | ☐ 465 Other Immigration Actions | | ☐ 862 Black Lung (923) | | ☐ 891 Agricultural Acts | |
| ☐ 230 Rent Lease & Ejectment | | ☐ 442 Employment | | ☐ 510 Motions To Vacate Sentence | | | | ☐ 863 DIWC/DIWW (405(G)) | | ☐ 893 Environmental Matters | |
| ☐ 240 Torts To Land | | ☐ 443 Housing/ Accommodations | | ☐ 530 General | | | | ☐ 864 SSID Title XVI | | ☐ 895 Freedom Of Information Act | |
| ☐ 245 Tort Product Liability | | ☐ 445 Americans With Disabilities - Employment | | ☐ 535 Death Penalty | | | | ☐ 865 RSI (405(g)) | | ☐ 896 Arbitration | |
| ☐ 290 All Other Real Property | | | | **Other** | | | | | | ☒ 899 Administrative Procedure Act/ Review or Appeal of Agency Decision | |
| | | ☐ 446 Americans With Disabilities - Other | | ☐ 540 Mandamus & Other | | | | **Federal Tax Suits** | | | |
| | | ☐ 448 Education | | ☐ 550 Civil Rights | | | | ☐ 870 Taxes (U.S. Plaintiff Or Defendant) | | ☐ 950 Constitutionality Of State Statutes | |
| | | | | ☐ 555 Prison Condition | | | | ☐ 871 IRS-Third Party 26 USC 7609 | | | |
| | | | | ☐ 560 Civil Detainee - Conditions Of Confinement | | | | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND   $_____ OTHER _____

*Check YES only if demanded in complaint*

JURY DEMAND: ☐ YES ☒ NO

Do you claim this case is related to a civil case now pending in S.D.N.Y. as defined by Local Rule For Division of Business 13? If so, state:

JUDGE _____ DOCKET NUMBER_____

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32) with an explanation as to why the cases are deemed related.

**(PLACE AN X IN ONE BOX ONLY)**                                    **ORIGIN**

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

   ☐ a. all parties
represented

   ☐ b. At least one party
is pro se.

☐ 3 Remanded
from
Appellate
Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred
from (Specify
District)

☐ 6 Multidistrict
Litigation
(Transferred)

☐ 7 Appeal to
District Judge
from Magistrate
Judge

☐ 8 Multidistrict Litigation (Direct File)

**(PLACE AN x IN ONE BOX ONLY)**                          **BASIS OF JURISDICTION**                    ***IF DIVERSITY, INDICATE CITIZENSHIP BELOW.***

☐ 1 U.S. Government
Plaintiff

☒ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government NOT A PARTY)

☐ 4 Diversity

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | ☐ 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | ☐ 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

1. African Communities Together - 127 West 127th Street, New York, NY 10027 - New York County
2. Agnes Kyeremaa - c/o ACT - 127 West 127th Street, New York, NY 10027 - New York County
3. Catholic Legal Immigration Network, Inc., 8455 Colesville Rd, Suite 960, Silver Spring, MD 20910 -Montgomery County

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

1. Secretary of State Marco Rubio, 2201 C Street, NW, Washington DC, 20520

2. U.S. Department of State, 600 19th Street, NW, Suite 5.600, Washington DC, 20522.

**DEFENDANT(S) ADDRESS UNKNOWN**
Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 02/02/2026    SIGNATURE OF ATTORNEY OF RECORD

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
☐ NO
☒ YES (DATE ADMITTED Mo. 09 Yr. 2015 )
Attorney Bar Code # JC2704

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)