AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | | |
|---|---|---|
| Catholic Legal Immigration Network, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00858 |
| Rubio et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs   Catholic Legal Immigration Network, Inc. et al.                                        .


Date:     02/02/2026

/s/ Hasan Shafiqullah
*Attorney's signature*

Hasan Shafiqullah (HS3231)
*Printed name and bar number*

The Legal Aid Society
49 Thomas St., 5th Floor
New York, NY 10013

*Address*

HHShafiqullah@legal-aid.org
*E-mail address*

(646) 745-7166
*Telephone number*

(646) 616-9232
*FAX number*