AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▼

| | | |
|---|---|---|
| Catholic Legal Immigration Network Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-00858 |
| Marco Rubio, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                      .

Date:     02/02/2026                                         /s/ Evan Henley
                                                                    *Attorney's signature*


                                                                 Evan Henley (5197983)
                                                              *Printed name and bar number*
                                                                  The Legal Aid Society
                                                              49 Thomas Street, Floor 5
                                                                 New York, NY 10013


                                                                        *Address*


                                                              ewhenley@legal-aid.org
                                                                    *E-mail address*


                                                                   (212) 298-5233
                                                                 *Telephone number*


                                                                   (646) 616-9148
                                                                     *FAX number*

**CERTIFICATE OF SERVICE**

I, Evan Henley, hereby certify that on February 2, 2026, I caused a true and correct copy of the

foregoing Notice of Appearance to be served on the following parties by first class mail, postage

prepaid:

Secretary of State Marco Rubio
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Executive Office
Office of the Legal Adviser
U.S. Department of State
600 19th Street, NW, Suite 5.600
Washington, DC 20522

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

/s/ Evan Henley
Evan Henley