**Exhibit A**



Travel.State.Gov > U.S. Visas News > Immigrant Visa Processing Updates for Nationalities at High Risk of Public Benefits Usage

**Countries Subject to Visa Bonds**

**Immigrant Visa Processing Updates for Nationalities at High Risk of Public Benefits Usage**

**Diversity Visa Issuance Updated Guidance**

**Suspension of Visa Issuance to Foreign Nationals to Protect the United States from Foreign Terrorists and other National Security and Public Safety Threats**

**Suspension of Visa Issuance to Foreign Nationals to Protect the Security of the United States**

**Adjudicating Immigrant Visa (IV) Applicants in Their Country of Residence**

**Adjudicating Nonimmigrant Visa (NIV) Applicants in Their Country of Residence**

# Immigrant Visa Processing Updates for Nationalities at High Risk of Public Benefits Usage

Last Updated: January 14, 2026

President Trump has made clear that immigrants must be financially self-sufficient and not be a financial burden to Americans.  The Department of State is undergoing a full review of all policies, regulations, and guidance to ensure that immigrants from these high-risk countries do not utilize welfare in the United States or become a public charge.

Effective January 21, 2026, the Department of State is pausing all visa issuances to immigrant visa applicants who are nationals of the following countries:

Afghanistan, Albania, Algeria, Antigua and Barbuda, Armenia, Azerbaijan, Bahamas, Bangladesh, Barbados, Belarus, Belize, Bhutan, Bosnia and Herzegovina, Brazil, Burma, Cambodia, Cameroon, Cape Verde, Colombia, Cote d'Ivoire, Cuba, Democratic Republic of the Congo, Dominica, Egypt, Eritrea, Ethiopia, Fiji, The Gambia, Georgia, Ghana, Grenada, Guatemala, Guinea, Haiti, Iran, Iraq, Jamaica, Jordan, Kazakhstan, Kosovo, Kuwait, Kyrgyz Republic, Laos, Lebanon, Liberia, Libya, Moldova, Mongolia, Montenegro, Morocco, Nepal, Nicaragua, Nigeria, North Macedonia, Pakistan, Republic of the Congo, Russia, Rwanda, Saint Kitts and Nevis, Saint Lucia, Saint Vincent and the Grenadines, Senegal, Sierra Leone, Somalia, South Sudan, Sudan, Syria, Tanzania, Thailand, Togo, Tunisia, Uganda, Uruguay, Uzbekistan, and Yemen

Frequently Asked Questions

What happens to my immigrant visa interview appointment?
Immigrant visa applicants who are nationals of affected countries may submit visa applications and attend interviews, and the Department will continue to schedule applicants for appointments, but no immigrant visas will be issued to these nationals during this pause.

Are there any exceptions?
Dual nationals applying with a valid passport of a country that is not listed above are exempt from this pause.

Does this affect my current valid visa?
No immigrant visas have been revoked as part of this guidance.  For questions regarding admission to the United States, we refer you to DHS.