**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), MARU MAHMUD HASSEN, et. Al.,<br>Plaintiffs,<br><br>-against-<br><br>MARCO RUBIO, in his official capacity as Secretary of State and the UNITED STATES DEPARTMENT OF STATE;<br>Defendants. | CIVIL ACTION NO.<br>**1:26-cv-00858**<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Tanya Broder, hereby move this Court for admission *pro hac vice* to appear as counsel in the above captioned matter on behalf of Plaintiffs.

I am a member in good standing of the bar of California and have never been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a certificate of good standing, a proposed order granting *pro hac vice* admission, and an affidavit pursuant to Local Rule 1.3.

Dated: February 4, 2026.

Respectfully Submitted,

/s/ Tanya Broder

Tanya Broder (*pro hac vice*)
National Immigration Law Center
1121 14th Street NW, Suite 200
Washington DC, 20005
Phone: (510) 663-8282
Email: broder@nilc.org
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/* Tanya Broder
Tanya Broder (pro hac vice)