UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), MARU MAHMUD HASSEN, et. al.

Plaintiffs,

-against-

MARCO RUBIO, in his official capacity as Secretary of State and the UNITED STATES DEPARTMENT OF STATE;

Defendants.

CIVIL ACTION NO. 1:26-cv-00858

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Tanya Broder, being duly sworn, hereby depose and state:

1. I am an attorney working with the National Immigration Law Center.
2. I am a member in good standing of the bar of the State of California.
3. I have never been convicted of a felony.
4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
5. I have attached a Certificate of Good Standing issued within the last 30 days.
6. I have reviewed and will comply with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.
7. I agree to be bound by the Rules of Professional Conduct and to submit to the jurisdiction of this Court for disciplinary purposes.

Executed on January 30, 2026

[signature]
Tanya Broder (*pro hac vice*)

Subscribed and sworn to before me this ____ day of ______________, 20___.

PLEASE SEE ATTACHED NOTARY CERTIFICATE

______________________
Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me on this 30th day of January, 2026, by Tanya Broder ________________________________,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MAXIMILIAN ERIC WU
COMM. #2543496
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. DEC .26. 2029

(Seal) Signature Max Wu