**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), MARU MAHMUD HASSEN, et. al.,<br>Plaintiffs,<br><br>-against-<br><br>MARCO RUBIO, in his official capacity as Secretary of State and the UNITED STATES DEPARTMENT OF STATE;<br>Defendants. | CIVIL ACTION NO. **1:26-cv-00858**<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Tanya Broder for admission to practice *pro hac vice* in the above captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bar of the State of California and that her contact information is as follows:

National Immigration Law Center
1121 14th Street NW, Suite 200
Washington, DC 20005
Phone: (510) 663-8282
Email: broder@nilc.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Date: ____________________

__________________________________
United States District/Magistrate Judge