UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER, AGNES KYEREMAA, PATRICIA RICHARDSON, CESAR ANDRED AGUIRRE, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ADRIAN MITCHELL, JUAN DAVID BUITRAGO CAGUA, ALEJANDRA ALCENDRA MOSCOTE, ANDRES ALFONSO MEDINA RAMIREZ, FERNANDO LIZCANO LOSADA and LINA MARGARITA ANGULO PEÑARANDA,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 26-cv-00858<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Catherine M.A. Carroll, for admission to practice *pro hac vice* in the above-captioned matter, is hereby granted.

Ms. Carroll has certified that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

Catherine M.A. Carroll
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
ccarroll@democracyforward.org

Applicant having requested admission *pro hac vice* for all purposes as counsel for Plaintiffs in the above-captioned action;

**IT IS HEREBY ORDERED** that Ms. Carroll is admitted to practice *pro hac vice* in this case in the U.S. District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated: February 20, 2026

_____
Hon. Jeannette A. Vargas
United States District Judge