**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER, AGNES KYEREMAA, PATRICIA RICHARDSON, CESAR ANDRED AGUIRRE, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ADRIAN MITCHELL, JUAN DAVID BUITRAGO CAGUA, ALEJANDRA ALCENDRA MOSCOTE, ANDRES ALFONSO MEDINA RAMIREZ, FERNANDO LIZCANO LOSADA and LINA MARGARITA ANGULO PEÑARANDA, *Plaintiffs*, v. MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE, *Defendants*. | Civil Action No. 26-cv-00858 **AFFIDAVIT OF EREZ REUVENI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 1.3 of the U.S. District Court for the Southern District of New York, I, Erez Reuveni, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice *pro hac vice* to appear as counsel for Plaintiffs—Catholic Legal Immigration Network, Inc. (CLINIC), African Communities Together, Agnes Kyeremaa, Patricia Richardson, Cesar Andred Aguirre, Maru Mahmud Hassen, Munthaz Mahmud Hassen, Adrian Mitchell, Juan David Buitrago Cagua, Alejandra Alcendra Moscote, Andres Alfonso Medina Ramirez, Fernando Lizcano Losada and Lina Margarita Angulo Peñaranda—in the above-captioned action.

3. As shown in the certificate of good standing attached to this filing, I am a member in good standing of the California bar.

4. I have never been convicted of a felony.

5. I have never been censured, disbarred, or denied admission or readmission by any court.

6. I am not currently subject to any disciplinary proceedings against me.

Dated: February 4, 2026

Respectfully submitted,

_______________________

Erez Reuveni
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Tel: 202-448-9090
ereuveni@democracyforward.org

Subscribed and sworn to before me this 4th day of February

2026, Notary commission expires:

March 31, 2030
(date notary commission expires (*AFFIX SEAL*)

PRIYANKA SHARON JOHN
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Comm Exp. Mar 31, 2030

_______________________
(signature/title) (notary, clerk, or deputy clerk)

PRIYANKA JOHN, NOTARY PUBLIC