Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***<u>EREZ R REUVENI</u>***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Erez R Reuveni # 264124, was on the 20th day of July 2009, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 23rd day of February 2026.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: M. Hallisy
*Michael Hallisy, Deputy Clerk*