

March 4, 2026

**FILED ELECTRONICALLY BY ECF**
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

      Re:    Consent Letter-Motion for a Schedule on Further Proceedings, *CLINIC et al. v. Rubio, et al.*, 26-cv-858

Dear Judge Vargas:

      Pursuant to Rule 3(A) of the Court's individual rules and practices, the parties jointly submit this letter motion. The parties, having met and conferred, and agreeing on a schedule for further proceedings, respectfully request that the Court adopt the following proposed schedule for further proceedings.

      The parties agree and propose that the Court hold in abeyance all Counts pleaded in the complaint, save for Counts One and Three, and separately Count Seven to the extent it challenges what the Complaint describes as a "Blanket Visa Ban." *See* Complaint, ¶ 2.

      The parties further agree and propose that the Court hold in abeyance the deadline for Defendants to file an answer or responsive pleading under Fed. R. Civ. P. 12.

      The parties further agree and propose that the Court hold in abeyance any initial pretrial conference and related submissions under Fed. R. Civ. P. 16, and take off calendar the conference presently scheduled for March 31, 2026, at 11:00 am. *See* ECF 30. This is the parties' first such request.

      The parties further agree and propose that Defendants will serve the administrative record on Plaintiffs no later than April 10, 2026.

      The parties further agree and propose that the Court permit the parties to submit cross-motions for summary judgment on Counts One and Three, and, as described above, Count Seven, and set the following deadlines for further proceedings in this case:

- Defendants produce the non-public government document relevant to summary judgment motions on Counts One, Three, and Seven, namely *U.S. Dep't of State Visa Cable, Pausing Immigrant Visa Issuances for Nationalities at High Risk of Public Charge*, 26

STATE 3740, by March 6, 2026.

- Plaintiffs file a motion for summary judgment by March 10, 2026.

- Defendants file a cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by March 26, 2026.

- Plaintiffs file an opposition to the cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment by April 10, 2026.

- Defendants file a reply in support of their cross-motion for summary judgment by April 24, 2026.

The parties further agree, should the Court wish to hear oral argument, to appear for argument at the Court's convenience, although they respectfully request an opportunity to propose a date range if convenient to the Court.

Dated: March 4, 2026

    Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo***
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*/s/ Erez Reuveni*
Erez Reuveni*
Catherine M.A. Carroll*
Elena Goldstein
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org

*/s/ Hasan Shafiqullah*
Hasan Shafiqullah
Susan Welber
Evan Henley
Emily Lundgren
THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org
sewelber@legal-aid.org

*/s/ Baher Azmy*
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
bazmy@ccrjustice.org
aguisado@ccrjustice.org

*/s/ Antionette Dozier*
Antionette Dozier*
David Kane*
Joy Dockter*
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org

*/s/ Sarah Wilson*
Sarah Wilson*
David Kim**
COLOMBO & HURD
301 E. Pine Street, Suite 450
Orlando, Florida 32801
(407) 478-1111

swilson@colombohurd.com
dkim@colombohurd.com

*Admitted Pro Hac Vice*

**Motion for Admission Pro Hac Vice Pending or Forthcoming*

***Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Erez Reuveni, hereby certify that on March 4, 2026, I filed the foregoing Document with the Clerk of the Court for the United States District Court for the Southern District Court of New York using the CM/ECF system. Notice of this filing is being sent by operation of the Court's electronic filing system to all counsel of record who are registered CM/ECF users.

*/s/ Erez Reuveni*
Erez Reuveni