**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CATHOLIC LEGAL IMMIGRATION NETWORK,
INC. (CLINIC), et al.,

Plaintiffs,

**CIVIL ACTION NO.**
**1:26-CV-858**

-against-

**ORDER FOR ADMISSION**
**PRO HAC VICE**

MARCO RUBIO, in his official capacity as Secretary of
State, and the UNITED STATES DEPARTMENT OF
STATE,

Defendants.

The motion of David Kim for admission to practice *pro hac vice* in the above captioned

action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of

the State of Illinois and that his contact information is as follows:

Colombo & Hurd
301 E. Pine Street, Suite 450
Orlando, Florida 32801
(407) 478-1111
dkim@colombohurd.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Plaintiffs in the above entitled action, **IT IS HEREBY ORDERED** that Applicant is admitted

to practice *pro hac vice* in the above captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local

Rules of this Court, including the rules governing discipline of attorneys.

Date:  March 10, 2026

JEANNETTE A. VARGAS
United States District Judge