UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the Declaration of Joanna Cuevas Ingram and accompanying Exhibits, Declaration of Charles Wheeler, Declaration of Amaha Kassa, Declaration of Agnes Kyeremaa, Declaration of Patricia Richardson, Declaration of Cesar Andred Aguirre, Declaration of Maru Mahmud Hassen, Declaration of Munthaz Hassen, Declaration of Adrian Mitchell, Declaration of Juan David Buitrago Cagua, Declaration of Alejandra Alcendra Moscote, Declaration of Andres Alfonso Medina Ramirez, Declaration of Fernando Lizcano Losada, Declaration of Lina Margarita Angulo Peñaranda, and the accompanying Memorandum of Law, Plaintiffs, by and through its undersigned counsel, hereby moves this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order a) granting partial summary judgment in Plaintiffs' favor on Counts One, Three, and Seven of Plaintiffs' Complaint; b) vacating and setting aside Defendants' January 14, 2026,

1

"Immigrant Visa Processing Updates for Nationalities at High Risk of Public Benefits Usage" and "Pausing Immigrant Visa Issuances for Nationalities at High Risk of Public Charge," 26 STATE 3740; and c) granting any other relief that the Court deems just and proper, pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' consent motion (ECF No. 44), answering papers and/or cross motion, if any, must be filed and served on or before March 26, 2026.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo**
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*/s/ Erez Reuveni*
Erez Reuveni*
Catherine M.A. Carroll*
Elena Goldstein
Jonathan H. Hurwitz
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org
jhurwitz@v.democracyforward.org

2

      */s/ Hasan Shafiqullah*
Hasan Shafiqullah
Susan Welber
Evan Henley
Emily Lundgren
THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org

*/s/ Baher Azmy*
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
bazmy@ccrjustice.org
aguisado@ccrjustice.org

 */s/ Antionette Dozier*
Antionette Dozier*
David Kane*
Joy Dockter*
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org


 */s/ Sarah Wilson*
Sarah Wilson*
David Kim*
COLOMBO & HURD
301 E. Pine Street, Suite 450
Orlando, Florida 32801

(407) 478-1111
swilson@colombohurd.com
dkim@colombohurd.com

*Admitted Pro Hac Vice*

**Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Erez Reuveni, hereby certify that on March 10, 2026, I caused this Notice of Motion and the attached Memorandum of Law, Declaration of Joanna Cuevas Ingram and attached Exhibits, Declaration of Charles Wheeler, Declaration of Amaha Kassa, dated; Declaration of Agnes Kyeremaa, Declaration of Patricia Richardson, Declaration of Cesar Andred Aguirre, Declaration of Maru Mahmud Hassen, Declaration of Munthaz Hassen, Declaration of Adrian Mitchell, Declaration of Juan David Buitrago Cagua, Declaration of Alejandra Alcendra Moscote, Declaration of Andres Alfonso Medina Ramirez, Declaration of Fernando Lizcano Losada, and Declaration of Lina Margarita Angulo Peñaranda to be filed on the Court's Electronic Case Filing system, which will provide electronic notice to all counsel of record. I also emailed copies to counsel of record.

                                                                             /s/ *Erez Reuveni*
                                                                             Erez Reuveni