UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                     :

CATHOLIC LEGAL IMMIGRATION NETWORK,  :
INC. (CLINIC), et al.,                             :

                                     :          26-CV-00858 (JAV)

                    Plaintiffs,      :

                                     :               ORDER

            -v-                    :
MARCO RUBIO, in his official capacity as Secretary of  :
State, and the UNITED STATES DEPARTMENT OF  :
STATE,                                   :

                                     :
                    Defendants.     :

                                     :
-------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 4, 2026, the parties submitted a consent letter motion for a schedule on further proceedings. ECF No. 44. The parties' requests that the Court hold in abeyance the deadline for Defendants to respond to the complaint and for the submission of the joint letter and proposed Civil Case Management Plan and Scheduling Order is **GRANTED**. It is hereby ORDERED that the initial pretrial conference previously scheduled for March 31, 2026, is adjourned *sine die*.

It is FURTHER ORDERED that Defendants shall serve the administrative record on Plaintiffs no later than **April 10, 2026**.

It is FURTHER ORDERED that the parties shall submit cross-motions for summary judgment on Counts One and Three, and Count Seven to the extent it challenges what the Complaint describes as a "Blanket Visa Ban", *See* ECF 12 ("Complaint") ¶ 2. The briefing schedule for this matter shall proceed as follows:

- Plaintiffs filed a motion for summary judgment on **March 10, 2026**.

- Defendants shall file a cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment by **March 26, 2026**.

2

- Plaintiffs shall file an opposition to the cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment by **April 10, 2026**.

- Defendants shall file a reply in support of their cross-motion for summary judgment by **April 24, 2026**.

The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

Dated: March 16, 2026
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2