

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

---

March 17, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

      Re:  Joint Letter-Motion for Page Enlargement, *CLINIC et al. v. Rubio, et al., 26-cv-858*

Dear Judge Vargas:

      Pursuant to Rule 3(A) of the Court's individual rules and practices, the parties jointly submit this letter motion. The parties jointly request leave for each side to file a memorandum of law of up to 35 pages for each side's next summary-judgment brief.

      Good cause exists for the requested enlargement. Defendants' forthcoming brief will both oppose Plaintiffs' motion for partial summary judgment and present Defendants' cross-motion for summary judgment, and Plaintiffs' responsive brief will both oppose Defendants' cross-motion and reply in support of Plaintiffs' motion. The next round of briefing will therefore require each side to address multiple threshold and merits issues in a single consolidated submission. A 35-page limit for each side's brief will permit the parties to present those issues clearly and efficiently in one round of consolidated briefing.

      The parties respectfully request that the Court grant this joint motion.

Dated: March 17, 2026          Respectfully submitted,

                      BRETT A. SHUMATE
                      Assistant Attorney General
                      Civil Division

                      MATT SEAMON
                      Acting Assistant Director

                      ANGEL FLEMING
                      Trial Attorney

1

/s/ Julian M. Kurz
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ Joanna Elise Cuevas Ingram
Joanna Elise Cuevas Ingram (JC 2704)
Tanya Broder
Efrén C Olivares
Elizabeth Choo**
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

/s/ Erez Reuveni
Erez Reuveni
Catherine M.A. Carroll
Elena Goldstein
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org

/s/ Hasan Shafiqullah
Hasan Shafiqullah (HS3231)
Susan Welber
Evan Henley
Emily Lundgren

2

THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
Sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org

*/s/ Baher Azmy*
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445

*/s/ Antionette Dozier*
Antionette Dozier
David Kane
Joy Dockter
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org

*/s/ Sarah Wilson*
Sarah Wilson
David Kim
COLOMBO & HURD
301 E. Pine Street, Suite 450
Orlando, Florida 32801
(407) 478-1111

*\*Motion for Admission Pro Hac Vice
Forthcoming*

*\*\*Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

2