**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:26-cv-858 |
| MARCO RUBIO, Secretary of State, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## <u>NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, by and through undersigned counsel, Defendants hereby move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order granting partial summary judgment in Defendants' favor on Counts One, Three, and Seven of Plaintiffs' Complaint; and granting any other relief that the Court deems just and proper, pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that, pursuant to the parties' consent motion (ECF No. 44), answering papers, if any, must be filed and served by April 10, 2026.

Dated:  March 26, 2026                    Respectfully Submitted,

JAY CLAYTON                               BRETT A. SHUMATE
United States Attorney                    Assistant Attorney General
                                          Civil Division
ALYSSA O'GALLAGHER
Assistant U.S. Attorney                   ANTHONY NICASTRO
                                          Acting Director
                                          Office of Immigration Litigation
                                          General Litigation and Appeals Section

                                          MATTHEW SEAMON

1

Acting Assistant Director

*/s/ Julian Kurz*
JULIAN KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

ANGEL FLEMING
Trial Attorney

2