UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC. et al.,

        Plaintiffs,

V.

MARCO RUBIO, Secretary of State, et al.,
Defendants

No. Case No: 1:26-cv-00858

**CERTIFICATION OF ADMINISTRATIVE RECORD**

Honorable Jeannette Vargas

I, Stuart Wilson, hereby declare under penalty of perjury:

1.     I am employed by the U.S. Department of State as the Deputy Assistant Secretary of State for Visa Services for the Bureau of Consular Affairs. The facts attested to herein are based on information provided to me in my official capacity.

2.     I certify that the documents annexed hereto constitute the Department of State's administrative record in this matter relating to *Catholic Legal Immigration Network Inc. et al v. Rubio*, Case No: 1:26-cv-00858.

3,     To the extent a document annexed hereto references an attachment not also annexed, such attachment post-dates the challenged action and thus was not directly or indirectly considered.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. Executed April 9, 2026.

Stuart Wilson
Deputy Assistant Secretary of State
for Visa Services
Bureau of Consular Affairs
U.S. Department of State