| Begin Pg | End Pg | Agency of Origin | Drafter | Document Name | Date | Privilege | Privilege Description |
|---|---|---|---|---|---|---|---|
| STATE00021 | STATE00022 | U.S. Department of State | SECSTATE WASHDC | Cable, 25 STATE 113496 Action Request: New Actions on Entry Restrictions Pursuant to Section 212(f) of the INA (8 U.S.C. 1182(f)) | 17-Dec-25 | LE - Law Enforcement Privilege | Internal security review process. |
| STATE00042 | STATE00042 | U.S. Department of State | Jessica Norris, Acting Deputy Assistant Secretary | Action Memo for CA Assistant Secretary Mora Namdar, Updated Immigrant Visa Guidance Related to Public Charge Concerns | 13-Jan-26 | DP - Deliberative Process Privilege | Internal vetting processes. |
| STATE00054 | STATE00054 | U.S. Department of State | SECSTATE WASHDC | Cable, 25 STATE 5914 The Importance of Security and Vigilance in Visa Adjudications | 22-Jan-25 | LE - Law Enforcement Privilege | Internal security review process. |
| STATE00056 | STATE00058 | U.S. Department of State | SECSTATE WASHDC | Cable, 25 STATE 5914 The Importance of Security and Vigilance in Visa Adjudications | 22-Jan-25 | LE - Law Enforcement Privilege | Security review processes. |
| STATE00063 | STATE00069 | U.S. Department of State | SECSTATE WASHDC | Cable, 25 STATE 59756 Action Request: Expanding Screening and Vetting for FMJ Appliciants | 18-Jun-25 | LE - Law Enforcement Privilege | Internal security vetting guidance. |