

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

April 14, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

      Re:  Letter-Motion for Word-Limit Increase, *CLINIC et al. v. Rubio, et al., 26-cv-858*

Dear Judge Vargas:

Defendants respectfully submit this letter-motion for leave to file a reply memorandum of law of up to 6,250 words in support of Defendants' motion for partial summary judgment and in opposition to Plaintiffs' motion for partial summary judgment. The Court's Individual Rules provide that reply memoranda are ordinarily limited to 3,500 words. Defendants request a modest enlargement of that limit. Plaintiffs consent to this request.

Good cause exists for the requested enlargement. Plaintiffs' reply memorandum is approximately 10,700 words and addresses multiple threshold and merits issues, including final agency action, consular nonreviewability, notice and comment, *Accardi*, standing, and remedy. Defendants' reply is directed to those issues and to the authorities and arguments that Plaintiffs refined or added in reply. A 6,250-word limit will permit Defendants to respond adequately while keeping the reply substantially shorter than Plaintiffs' filing.

Accordingly, Defendants respectfully request leave to file a reply memorandum not exceeding 6,250 words.

1

Dated: April 14, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Acting Assistant Director

ANGEL FLEMING
Trial Attorney

Respectfully submitted,

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*

2