AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York

| | |
|---|---|
| Catholic Legal Immigration Network, Inc. et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-00858 |
| Rubio et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Catholic Legal Immigration Network, Inc. et al.       .

Date:     05/05/2026

/s/ Elizabeth Choo
*Attorney's signature*

Elizabeth Choo (NY 6258727)
*Printed name and bar number*

National Immigration Law Center
P.O. Box 34573
Washington, DC 20043

*Address*

choo@nilc.org
*E-mail address*

(213) 279-2508
*Telephone number*

(202) 216-0266
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this May 5, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the Southern District of New York by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record of this document.

*/s/Elizabeth Choo*
Elizabeth Choo
