# NATIONAL IMMIGRATION LAW CENTER

June 2, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Letter Notice of Supplemental Authority in _CLINIC et al. v. Rubio et al._, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Plaintiffs respectfully submit this notice of supplemental authority in support of their motion for partial summary judgment and in opposition to Defendants' motion for partial summary judgment.

In _Ullah v. LaFave,_ No. 1:25-cv-12804-LTS (D. Mass.), ECF No. 28, attached hereto as Exhibit A, the court granted preliminary injunctive relief on behalf of individual plaintiffs and denied in part a motion to dismiss in a case challenging the same 75-country visa ban at issue in this case. As relevant here, the court found that the 75-country "pause" constitutes final agency action under the Administrative Procedure Act (APA) and that plaintiffs are likely to succeed on their claim that the "pause" is contrary to law and in excess of Defendants' statutory authority. The court in _Ullah_ also cited the administrative record as publicly filed in _Catholic Legal Immigration Network, Inc. (CLINIC) et al. v. Rubio et al.,_ No. 26-cv-00858-JAV (S.D.N.Y. Apr. 10, 2026), ECF No. 63.

Respectfully submitted,

_/s/ Joanna Elise Cuevas Ingram_
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org

1

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

broder@nilc.org
olivares@nilc.org
choo@nilc.org

\* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

2

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**