

June 24, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

<u>**Re: Individual Rule 5(F) 60-Day Letter Notice,** *CLINIC et al. v. Rubio et al.,* **Civil Action No. 1:26-cv-00858-JAV**</u>

Dear Judge Vargas,

    Pursuant to Rule 5(F) of this Court's Individual Rules and Practices in Civil Cases, Plaintiffs in *Catholic Legal Immigration Network, Inc. (CLINIC) et al. v. Rubio et al.*, No. 26-cv-00858-JAV, respectfully notify the Court that sixty (60) days have passed since their motion for partial summary judgment and APA vacatur (5 U.S.C. § 706(2)) was fully briefed on April 24, 2026. *See* ECF Nos. 44, 47, 48, 49, 53, 60-62, 64 & 67. As detailed in Plaintiffs' submissions, the challenged agency actions continue to categorically block immigrant-visa issuance for applicants from the 75 affected countries, prolong family separation, and impair the work of organizational Plaintiffs and their members while the motion remains pending.

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

1

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**



\* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**