AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Catholic Legal Immigration Network, Inc. et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Rubio et al. | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00858-JAV

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL DEFENDANTS                                                                                          .

Date:    06/24/2026

/s/ Susan Ansari
*Attorney's signature*

Susan Ansari (Maryland Bar 2012170258)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

susan.ansari2@usdoj.gov
*E-mail address*

(202) 532-5537
*Telephone number*

(202) 305-1890
*FAX number*