**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 26-cv-858 (JAV) |
| | ) |
| MARCO RUBIO, Secretary of State, et al., | ) ) |
| Defendants. | ) ) |
| _____ | ) |

**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANTS**

Pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Angel Fleming, hereby move this Court to withdraw as attorney of record for Defendants in the above captioned matter. I am departing the Justice Department effective June 27, 2026.  Defendants will remain represented by other attorneys from this agency.

Dated: June 25, 2026

Respectfully Submitted,

*/s/ Angel Fleming*
ANGEL FLEMING
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7431
Angel.fleming@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Angel Fleming, hereby certify that on June 25, 2026, I filed the foregoing brief with the Court's electronic court filing system, which electronically served this brief on all counsel of record.

*/s/ Angel Fleming*
ANGEL FLEMING
Trial Attorney
U.S. Department of Justice