**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 26-cv-858 (JAV) |
| MARCO RUBIO, Secretary of State, et al., | ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER FOR WITHDRAWAL AS ATTORNEY FOR DEFENDANTS**

The motion of Angel Fleming to withdraw as attorney for Defendants in the above captioned action is GRANTED.


Date: _____          _____

                                 UNITED STATES DISTRICT JUDGE