# EXHIBIT

# AA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER, AGNES KYEREMAA, PATRICIA RICHARDSON, CESAR ANDRED AGUIRRE, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ADRIAN MITCHELL, JUAN DAVID BUITRAGO CAGUA, ALEJANDRA ALCENDRA MOSCOTE, ANDRES ALFONSO MEDINA RAMIREZ, FERNANDO LIZCANO LOSADA and LINA MARGARITA ANGULO PEÑARANDA

Plaintiffs,

- against -

MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,

Defendants.

Case No. 1:26-cv-00858 (JAV)

**DECLARATION OF ANDRES ALFONSO MEDINA RAMIREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Andres Alfonso Medina Ramirez, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge and belief:

1. I respectfully submit this declaration in support of Plaintiffs' motion for partial summary judgment.

2. I am 40 years old.

3. I am a Colombian national.

4. I currently reside in Panama.

5. I have a wife and daughter, Maria Paula, who is 5 years old.

6. On December 11, 2023, I filed an EB-2 ("advanced degree professional") national interest waiver visa petition, which was approved on April 16, 2025. This approval underscores the U.S. government's recognition of the potential impact of my work on the nation's infrastructure and community resilience.

7. On August 22, 2025, the State Department concluded that my application is "documentarily complete."

8. I completed consular processing and appeared for my immigrant visa interview in Bogotá, Colombia, on January 22, 2026.

9. Despite being documentarily cleared by the Department of State and having no serious health conditions, I received a notice of refusal under INA § 221(g) (8 U.S.C. § 1201(g)), citing the State Department's January 21, 2026, pause on immigrant-visa issuance for certain nationalities, including Colombia.

10. I specialize in architecture and public management. Over the past two decades, I have led numerous architecture, construction, and consulting projects, including serving as CEO of two firms. My professional journey has been dedicated to advancing sustainable and resilient infrastructure, particularly for disadvantaged communities.

11. My proposed endeavor focuses on facilitating the construction and development of weather-resistant and sustainable housing for disadvantaged communities in the United States. This initiative aims to enhance the resilience of housing infrastructure against natural disasters, aligning with federal efforts to promote hazard-resilient buildings and support the Infrastructure Investments and Jobs Act.

12. My educational credentials include a bachelor's degree in Architecture from Universidad Autónoma del Caribe and a specialist degree in Public Management from Universidad del Norte. I have also completed diplomas in Construction Management, further enhancing my expertise in resilient housing and infrastructure.

13. I have 13 years of experience as a consultant for construction projects—some in cooperation with UNICEF—to develop parks, school classrooms, housing, commercial buildings, urban spaces, and restrooms in high-risk areas.

14. In 2016, I established Group IGV SA, a company providing advice for public and private projects across Panama, focusing on underserved and remote communities. As General Manager, I have ensured the efficiency and viability of construction projects for roads, schools, gymnasiums, offices, and other socially impactful developments.

15. As part of a recent UNICEF-coordinated effort aimed at improving sanitary infrastructure in schools in Colombia's Atlántico and Guajira regions, I successfully managed the planning, design, budgeting, and monitoring of the project, ensuring the safe return of children and adolescents to school.

16. The importance of my work is evident in my proposed endeavor to fortify housing infrastructure and elevate the construction industry across vulnerable and disadvantaged areas in the United States. By focusing on the development of resilient infrastructure, my efforts align with and contribute to historic investments in the nation's infrastructure resiliency and disaster preparedness, including housing that can withstand natural disasters and reduce the costs associated with reconstruction efforts.

17. As USCIS has recognized in approving my national interest waiver petition, my skills in project management, strategic planning, and resource optimization will be instrumental in executing large-scale projects in the United States that meet the highest standards of safety and sustainability. The expertise I bring in navigating complex regulatory environments and coordinating with diverse stakeholders ensures that projects are completed efficiently and effectively, maximizing their positive impact on communities.

18. The pause on my visa issuance has caused significant disruption to my professional trajectory and personal life. On a professional level, it has delayed my ability to contribute to the U.S. construction industry, where my skills and innovations are in demand. The delay also impacts the professional projections and investments outlined in my business plan, as well as the opportunities that could be developed in 2026. These efforts are aimed at strengthening policies that protect American citizens and promote public safety and sustainable construction.

19. On a personal level, this situation has deeply affected me because it has put on hold life plans that were very real and already in motion. After completing my visa interview, I was fully expecting a resolution to a long process I have undertaken seriously and responsibly, meeting every requirement along the way. As a result, this pause has been emotionally heavy. Living with ongoing uncertainty is exhausting because it makes it impossible to make important life decisions with confidence.

20. For my family, the impact has also been very significant. This pause has affected our ability to plan our next steps with any certainty, including decisions about where we will live, work, and go to school. When a process this important is put on hold without a clear timeline, the entire family suffers and there is ongoing strain on our emotions and relationships.

21. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:
March 7, 2026

Location:

Ciudad de Panamá

Andres Alfonso Medina Ramirez