**NATIONAL IMMIGRATION LAW CENTER**

August 3, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Letter Notice of Supplemental Authority in _CLINIC et al. v. Rubio et al._, Civil Action
No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

      Plaintiffs respectfully submit this notice of supplemental authority in support of their motion for partial summary judgment and in opposition to Defendants' motion for partial summary judgment.

      In _Newton de Moura Gomes v. Marco Rubio_, No. 26-cv-01883-APM (D.D.C.), _Slip Op. and Order_, ECF Nos. 17, 18, attached hereto as Exhibit A, the court granted preliminary injunctive relief to individual plaintiffs and consolidated the merits motions, treating the decision as one for summary judgment and granting permanent injunctive relief, in a challenge to the same blanket 75-country visa ban at issue in this case. As relevant here, the court in _Newton de Moura Gomes_ held that Defendants' blanket 75-country "pause" is (1) final agency action; (2) unlawful under both the Administrative Procedure Act (APA) and Immigration and Nationality Act (INA) and (3) exceeds agency authority because it strips consular officers of both their congressional mandate and statutory discretion required by the INA, 8 U.S.C. §§ 1104(a), 1182(a)(4), 1201(a)(1)(A) & 1202(b), rejecting and enjoining the blanket "Public Charge Policy" as inconsistent with the APA and INA as applied to plaintiffs, and ordering individualized re-adjudication of their applications.

      As detailed in Plaintiffs' Individual Rule 5(F) 60-Day Letter Notice, ECF No. 72 and submissions to date in _CLINIC et al. v. Rubio et al.,_ Plaintiffs remain in urgent need of relief: each day the challenged agency actions remain in place, they categorically bar immigrant-visa issuance for applicants from the 75 affected countries, deepen and prolong painful family separations, and further impair the work of organizational Plaintiffs and their members. While the visa ban remains in effect, Plaintiffs continue to face immediate and compounding harm.

Respectfully submitted,

_/s/ Joanna Elise Cuevas Ingram_

1

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

www.nilc.org