**NATIONAL IMMIGRATION LAW CENTER**

August 13, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Letter Notice of Supplemental Authority in _CLINIC et al. v. Rubio et al._, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Plaintiffs respectfully submit this additional notice of supplemental authority in support of their motion for partial summary judgment and in opposition to Defendants' motion for partial summary judgment.

On August 7, 2026, the Northern District of California issued an order in _Sayani v. U.S. Department of State_, No. 26-cv-02539-AGT, ECF 27 (N.D. Cal. Aug. 7, 2026), attached as Exhibit A, granting a preliminary injunction against application of Cable 26 STATE 3740—the same 75-country immigrant-visa policy challenged here—and denying the government's motion to dismiss. The court found persuasive the recent decisions in _Ullah v. Lafave_, No. 25-cv-12804, 2026 WL 1541774 (D. Mass. June 2, 2026), and _Newton de Moura Gomes v. Rubio_, No. 26-cv-01883, 2026 WL 2212503 (D.D.C. July 31, 2026), explaining that both courts had "squarely decided" that the policy "should not be applied to the visa applicants." _Sayani_, ECF 27 at 1. Finding no Ninth Circuit authority distinguishing those decisions, the court concluded that "the same outcome . . . should follow" and granted preliminary injunctive relief for the reasons stated in those decisions. _Id._ at 2.

_Sayani_ is the latest federal district court decision to grant relief against application of the visa ban at issue in this case, and it expressly adopts the reasoning of two decisions that preceded it. _See also Sangster v. Rubio_, No. 25-cv-00447, 2026 WL 222316 (D. Nev. Jan. 28, 2026) (finding the visa ban to be "contrary to existing law" and enjoining any refusal of the plaintiffs' visa applications based on the ban), which further supports Plaintiffs' contention that Defendants' categorical suspension of immigrant-visa issuance cannot be reconciled with the INA and APA.

Respectfully submitted,

_/s/ Joanna Elise Cuevas Ingram_
Joanna Elise Cuevas Ingram (JC2704)

1

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**