**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,**
Plaintiffs,
v.
**MARCO RUBIO, in his official capacity as Secretary of State, et al.,**
Defendants.
**Civil Action No. 1:26-cv-00858-JAV**

# MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

**To the Honorable Jeannette A. Vargas, United States District Judge,**

I, **Irina Oslobanu**, a citizen of the Republic of Moldova and a selectee of the **Diversity Visa (DV-2026) Program**, respectfully request leave of the Court to submit a brief *amicus curiae* and the supporting documents accompanying it.

## 1. I Do Not Seek to Become a Party to This Case

I do not seek to be added as a plaintiff, nor do I seek to become a party to this action.

I only wish to present the Court with my personal circumstances because I believe they may provide the Court with concrete information regarding the effect of the suspension of Diversity Visa issuance on an individual who has already reached the consular interview stage.

## 2. My Circumstances

I am a citizen of the Republic of Moldova and was selected for the **Diversity Visa (DV-2026) Program**.

On **August 13, 2026**, I personally appeared for my immigrant visa interview at the **United States Embassy in Chisinau, Republic of Moldova**.

Following the interview, I was issued a **Form 221(g)**.

The document I received from the consular authorities states that I was found ineligible for an immigrant visa under Section 221(g) of the Immigration and Nationality Act.

More importantly, the document expressly states:

**"The Department of State has paused all visa issuances to diversity immigrant visa applicants."**

The document also states that, for U.S. visa purposes, including ESTA, this decision constitutes a **denial of a visa**.

**3. Why My Situation Is Urgent**

My situation is urgent because I am a **DV-2026 selectee**, and the program for this fiscal year ends on **September 30, 2026**.

I have already reached the consular interview stage and personally appeared at the U.S. Embassy in Chisinau.

Therefore, my case is not hypothetical. I have completed the necessary procedures and reached the stage at which my visa application was to be adjudicated.

At present, however, the document provided to me by the consular authorities states that the issuance of Diversity Visas has been paused.

**4. Why I Am Seeking Leave to File**

I understand that this action is not my personal lawsuit and that I am not one of the original parties.

I am not asking the Court to determine that I independently satisfy all requirements for issuance of a visa, nor am I asking the Court to replace the consular authorities in making that determination.

I respectfully seek only permission to present the Court with my personal circumstances and the documents supporting them.

I believe this information may be relevant to understanding the concrete consequences of the challenged policy for individuals who are already in the consular visa process.

**5. Relief Requested**

For these reasons, I respectfully request that the Honorable Court:

**a.** grant me leave to file the accompanying *amicus curiae* brief;

**b.** permit the filing of the documents accompanying the brief, including a copy of the Form 221(g) that I received on August 13, 2026;

**c.** consider the information presented in the brief to the extent the Court determines that it is relevant to the issues before the Court;

**d.** grant such other procedural relief as the Court deems appropriate.

I respectfully declare that the information concerning my personal circumstances is true and correct to the best of my knowledge.

## EXHIBITS

**Exhibit A**
Copy of Form 221(g) received at the U.S. Embassy in Chisinau on August 13, 2026, stating that the Department of State has paused all visa issuances to Diversity Visa applicants.

**Exhibit B**
Copy of the official notification confirming my selection for the Diversity Visa Program, DV-2026.

**Exhibit C**
Copy of the interview appointment confirmation for my Diversity Visa interview at the U.S. Embassy in Chisinau on August 13, 2026.

Respectfully submitted,

**Irina Oslobanu**
Citizen of the Republic of Moldova
DV-2026 Selectee

Telephone: **+373 68 685 891**
E-mail: **irina.osloban@mail.ru**

Date: **August 14, 2026**

Signature: ___________________________

DEPARTMENT OF STATE • UNITED STATES OF AMERICA

***United States Embassy Chisinau***
*Immigrant Visa Unit*
*https://md.usembassy.gov/*

**Date:** 13-Aug-2026

**Name**: Oslobanu Iuina

**Visa type**: DV

You have been found ineligible for an immigrant visa under Section 221(g) of the Immigration and Nationality Act. The Department of State has paused all visa issuances to diversity immigrant visa applicants. Please be advised that for U.S. visa purposes, including ESTA (see ESTA website), this decision constitutes a denial of a visa.

Consular Officer

U.S. DEPARTMENT of STATE
CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

Your Immigrant Visa and Alien Registration Application (DS-260) was sent to the Kentucky Consular Center (KCC) for review.

## Next Steps

All Diversity Visa applicants must:

1. Obtain required supporting civil documents.
2. Obtain photographs that meet the Department of State's visa requirements.
3. Review the information specific to the U.S. Embassy/Consulate General where your visa interview will occur.

You do not need to submit any documentation to the Kentucky Consular Center. The KCC will review your application and will notify you if any of the information you have provided is insufficient or incomplete. Your DS-260 application will be kept on file with KCC until a visa number is available for you and your case can be scheduled. When your case is scheduled, the KCC will send you an email message directing you to log into the Entrant Status Check (ESC) website for further instructions.

If you would like to change your interview location, you must contact the Kentucky Consular Center by sending an e-mail to (KCCDV@state.gov) before your interview is scheduled. Your e-mail must include your name and case number, and must clearly indicate where you would like to be interviewed. Please note that once you have an appointment, you must contact the consular section where you have been scheduled in order to request a change. It may not be possible to change the location of your interview after you have been scheduled.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | OSLOBANU, IRINA |
| Country/Region of Origin (Nationality): | MOLDOVA |
| Completed On: | 18 MAY 2026 |
| Case No: | 2026EU25331 |
| Confirmation No: | AA00ERY6XD |

2 0 2 6 E U 2 5 3 3 1

A A 0 0 E R Y 6 X D

**THIS IS NOT A VISA**

Version 1.4

**United States Department of State**
*Kentucky Consular Center*
*3505 North Highway 25W*
*Williamsburg, KY 40769*
*U.S.A*

June 18, 2026

IRINA OSLOBANU
48-1 GHEORGHE ASACHI STR
CHISINAU MD 2028
MOLDOVA

Dear DV Applicant,

This is the official notice for you to pursue your application for a DV-2026 visa. An appointment has been scheduled for you at the U.S. Embassy or Consulate stated below. You and all members of your family who wish to apply for a Diversity Visa must appear at the appointed date and time for your interview. Please notify the office listed if you cannot keep the appointment.

You and any eligible family members will be required to submit sufficient proof of identity upon arrival. If you fail to obtain a DV-2026 visa by September 30, 2026, your registration will expire. Your family members must also obtain their visas prior to September 30, 2026, or they will not be permitted to join you in the United States under the DV-2026 program.

Please follow all of the instructions provided at http://dvselectee.state.gov to prepare for your interview. It is very important that you follow the instructions carefully and completely. The Diversity Program Fee for each applicant and each member of the family must be paid in full according to the policies at the Consulate or Embassy that is conducting your interview. There is only one fee and it is non-refundable, even if the visa is refused for any reason.

Interview Appointment

CHISINAU
103 Mateevici Street
CHISINAU

August 13, 2026 10:00 AM

The Kentucky Consular Center has completed the processing of your case and forwarded it to the interviewing office. Further inquiries should be addressed to the interviewing office. When communicating with the Embassy/Consulate, always refer to your name and case number exactly as they appear below. Contact information for the consular section in CHISINAU can be found on usembassy.gov

| | |
|---|---|
| Case Number: | 2026EU00025331 |
| Principal Applicant Name: | OSLOBANU, IRINA |
| Preference Category: | DV DIVERSITY |

Foreign State Chargeability: MOLDOVA

Case Number: 2026EU00025331
Applicant Name: IRINA OSLOBANU
Beneficiaries: ION CONDREA

Guide for New Immigrants: https://www.uscis.gov/tools/green-card-resources/welcome-united-states