**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,

Plaintiffs,

-against-

MARCO RUBIO, in his official capacity as Secretary of State, et al.,

Defendants.

---------------------------------------------------------------X

26 **CIVIL** 0858 (JAV)

**RULE 54(b) JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 21, 2026, the parties' motions for partial summary judgment are both GRANTED IN PART AND DENIED IN PART.

The Court determines that there is no just cause for a delay of entry of judgment with respect to these claims. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, partial judgment is hereby entered in Plaintiffs' favor on Counts One and Seven of the Complaint as set forth in the opinion, and partial judgment is entered in favor of Defendants on Count Three of the Complaint. The motions are otherwise denied.

This judgment shall set aside and vacate the Policy categorically suspending the issuance of immigrant visas to applicants from the 75 designated countries as contrary to law and in excess of statutory authority. This judgment shall set aside and vacate any refusal of an immigrant visa that was based solely upon the Policy, and remand those agency actions for further proceedings consistent with the Opinion and Order.

It is further Ordered a declaratory judgment is hereby entered for Plaintiffs that Defendants, by ordering the suspension of the issuance of immigrant visas to nationals of

specified countries, violated 8 U.S.C. § 1201(g), 8 U.S.C. § 1152(a)(1)(A), and 22 C.F.R. § 40.6. Additionally, the Policy exceeded the Secretary of State's authority under 8 U.S.C. § 1104(a).

**Dated:** New York, New York
August 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**