**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**EXPEDITED RELIEF REQUESTED** |

**NOTICE OF EMERGENCY MOTION TO ENFORCE AND FOR STATUS CONFERENCE**

PLEASE TAKE NOTICE that, Plaintiffs, by and through its undersigned counsel, and as explained in the accompanying memorandum hereby move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, 500 Pearl Street, New York, NY, for an emergency Order enforcing this Court's August 21, 2026 order vacating and declaring unlawful the indefinite suspension of the issuance of immigrant visas to nationals of 75 countries (the "Visa Ban").

//

//

Dated: August 26, 2026

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo**
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*/s/ Erez Reuveni*
Erez Reuveni*
Catherine M.A. Carroll*
Elena Goldstein
Jonathan H. Hurwitz
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org
jhurwitz@v.democracyforward.org

*/s/ Hasan Shafiqullah*
Hasan Shafiqullah
Susan Welber
Evan Henley
Emily Lundgren
THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org

_/s/ Baher Azmy_
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
bazmy@ccrjustice.org
aguisado@ccrjustice.org

_/s/ Antionette Dozier_
Antionette Dozier*
David Kane*
Joy Dockter*
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org

_/s/ Sarah Wilson_
Sarah Wilson*
David Kim*
COLOMBO & HURD
301 E. Pine Street, Suite 450
Orlando, Florida 32801
(407) 478-1111
swilson@colombohurd.com
dkim@colombohurd.com

* *Admitted Pro Hac Vice*

** *Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Erez Reuveni, hereby certify that on August 26, 2026, I caused this Notice of Motion and the attached Memorandum of Law to be filed on the Court's Electronic Case Filing system, which will provide electronic notice to all counsel of record.

/s/ *Erez Reuveni*
Erez Reuveni