UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>Plaintiffs,<br><br>-v-<br><br>MARCO RUBIO, *in his official capacity as Secretary of State*, et al.,<br><br>Defendants. | 26-CV-00858 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Defendants' response to Plaintiffs' recently filed emergency motion, ECF No. 85, shall be due by 5:00 pm on Friday, **August 28, 2026.**

The parties shall appear for a conference with the Court on **August 31, 2026**, at **2:30 p.m.**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 26, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge