**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

August 27, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *Catholic Legal Immigration Network, Inc. v. Rubio*, No. 1:26-cv-858-JAV —
Request for Remote Appearance at August 31 Conference

Dear Judge Vargas:

Pursuant to the Court's Individual Rules 3(A) and 4(A), Defendants respectfully request permission for undersigned counsel to appear remotely at the conference scheduled for Monday, August 31, 2026, at 2:30 p.m. *See* ECF No. 87.

The Court scheduled the conference on August 26, five days before the appearance. Undersigned counsel is based in Washington, D.C. and has significant preexisting obligations that make travel to New York on Monday difficult. Undersigned counsel has handled this matter throughout the litigation and will be prepared to participate fully in the conference remotely. Defendants are not requesting an adjournment or any change to the scheduled date or time.

Plaintiffs do not oppose Defendants' request, but are prepared to appear in person if that is the Court's preference.

Defendants therefore respectfully request that the Court permit undersigned counsel to appear remotely.

Dated: August 27, 2026

Respectfully submitted,

/s/ Julian M. Kurz
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

SUSAN ANSARI
Trial Attorney