**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER, AGNES KYEREMAA, PATRICIA RICHARDSON, CESAR ANDRED AGUIRRE, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ADRIAN MITCHELL, JUAN DAVID BUITRAGO CAGUA, ALEJANDRA ALCENDRA MOSCOTE, ANDRES ALFONSO MEDINA RAMIREZ, FERNANDO LIZCANO LOSADA and LINA MARGARITA ANGULO PEÑARANDA

Plaintiffs,

-against-

MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE,

Defendants.

Case No. 1:26-CV-00858-JAV

**DECLARATION OF JOHN ARMSTRONG**

I, John Armstrong, hereby declare under penalty of perjury:

1. I am employed as the Principal Deputy Assistant Secretary within the U.S. Department of State's Bureau of Consular Affairs. The Bureau of Consular Affairs' Visa Office provides guidance to U.S. embassies and consulates around the world on a broad range of policy and procedural issues related to the adjudication of visa applications.

2. This Declaration is being submitted in support of the Defendants' Opposition to the Motion to Enforce the Court's August 21, 2026, Opinion and Order, Doc. No. 83.

3. The statements made in this Declaration are based on my personal knowledge and information made available to me in the course of my official duties.

4. On August 21, 2026, the Bureau of Consular Affairs received notice of the Court's order in this case, vacating the Department of State's policy announced in guidance on January 14, 2026, which instructed consular officers to refuse under Section 221(g) of the Immigration and Nationality Act immigrant visa applicants who are nationals of one of 75 countries.

5. In accordance with the Court's order, the Department of State is treating the January 14, 2026, guidance as no longer operative, and its operations are proceeding in accordance with the Court's judgment.

6. The Department of State is coordinating guidance to U.S. embassies and consulates on implementation of the Court's order, including guidance regarding processing applicants previously refused solely under the policy, and guidance on scheduling appointments for these applicants, as necessary.

7. To allow time for appropriate coordination on guidance to implement the Court's order and to account for updated procedures in applying the public charge ground of inadmissibility, including in cases previously refused under the January 14, 2026 guidance, the Bureau of Consular Affairs is rescheduling immigrant visa appointments.

8. The Department of State is aware of reports that a message was erroneously transmitted by a third-party vendor stating that the Policy "remains in effect." The message was not transmitted at the direction of the Department, and has since been corrected, at the direction of the Department.

9. The Department of State is reviewing all public-facing materials on its website regarding the policy, and is in the process of updating those to reflect the Court's order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed August 28, 2026.

John Armstrong
Principal Deputy Assistant Secretary
Bureau of Consular Affairs
United States Department of State.