# Exhibit 1

DEMOCRACY FORWARD

**Erez Reuveni <ereuveni@democracyforward.org>**

## REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment

**Kurz, Julian M. (CIV)** <Julian.M.Kurz@usdoj.gov> Wed, Aug 26, 2026 at 5:46 AM
To: Erez Reuveni <ereuveni@democracyforward.org>
Cc: CLINIC v Rubio <CLINICvRubio@nilc.org>, "Ansari, Susan (CIV)" <Susan.Ansari2@usdoj.gov>, "Rosenbaum, Jessica (USANYS)" <Jessica.Rosenbaum@usdoj.gov>

Hi Erez,

I can talk at 9. Please send a call number.

Julian

---

**From:** Erez Reuveni <ereuveni@democracyforward.org>
**Sent:** Tuesday, August 25, 2026 8:58 PM
**To:** Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov>
**Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
**Subject:** Re: [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment

Thanks Julian. Given we may not get a fulsome response tonight can we set up a meet and confer for first thing tomorrow (which we can cancel if things develop?). Can we talk at 9 am?

On Tue, Aug 25, 2026 at 8:31 PM Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov> wrote:

> Erez,
>
> Just a quick update that we're still gathering the information needed to respond to your email. We'll follow up as soon as we have the necessary information.
>
> Julian
>
> ---
>
> **From:** Kurz, Julian M. (CIV)
> **Sent:** Tuesday, August 25, 2026 5:24 PM
> **To:** Erez Reuveni <ereuveni@democracyforward.org>
> **Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
> **Subject:** RE: [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment
>
> Thanks, Erez. Understood. I'm pressing State now and will get back to you within the next couple of hours. I'll also keep in mind that we may need to confer by phone once we have their response.

Julian

---

**From:** Erez Reuveni <ereuveni@democracyforward.org>
**Sent:** Tuesday, August 25, 2026 5:15 PM
**To:** Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov>
**Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
**Subject:** Re: [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment

Thanks Julian. Understood. If you think we're talking a couple of hours, then yes. But if it starts to go much further than that I can't promise our clients won't want us to reach out to the court. Also flagging that depending on what your clients come back with, we may need to have a formal conferral by phone, so just want us to plan time for that if we're pushing things back.

Thank you,

Erez

On Tue, Aug 25, 2026 at 5:05 PM Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov> wrote:

> Hi Erez,
>
> A quick update on the compliance questions. State is still awaiting final responses from Consular Affairs. One of the key decision-makers is traveling overseas, which has made coordination more difficult than anticipated. Could you give us a little additional time beyond the 5:00 p.m. deadline? I'm continuing to press for the information and will send you State's responses as soon as I receive them.
>
> Thanks for your patience,
> Julian
>
> ---
>
> **From:** Kurz, Julian M. (CIV)
> **Sent:** Tuesday, August 25, 2026 9:50 AM
> **To:** 'Erez Reuveni' <ereuveni@democracyforward.org>
> **Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
> **Subject:** RE: [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment
>
> Thanks, Erez. I've passed those additional questions along to State and will let you know what I hear. Separately, I heard back from State on the two plaintiff-specific points Sarah raised yesterday. State confirmed that Mayra Moscote's visa was issued on May 19, along with a visa for her daughter, and that she was excepted from the IV issuance pause. I don't have any additional information yet regarding the basis for that exception. As to Aguirre, State has passed our request along to Consular Affairs for consideration, but I don't have a substantive answer yet. I'll keep you posted as I learn more.

Julian

---

**From:** Erez Reuveni <ereuveni@democracyforward.org>
**Sent:** Monday, August 24, 2026 8:01 PM
**To:** Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov>
**Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
**Subject:** Re: [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment

Thank you Julian, appreciate it.

Regarding the cancelled visa interviews, since things appear to have evolved some since we emailed: we'd also ask that you confirm with your clients whether and to what extent visa interviews have been cancelled systematically or rescheduled since the issuance of the decision, or whether any sort of visa services processing pause has been implemented since the court's order, and if so, what the justification for any of those actions are in light of the court's order.

Thank you,

Erez

On Mon, Aug 24, 2026 at 4:12 PM Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov> wrote:

> Thanks, Erez. I'll confer with State on these points and get back to you tomorrow.
>
> ---
>
> **From:** Erez Reuveni <ereuveni@democracyforward.org>
> **Sent:** Monday, August 24, 2026 3:31 PM
> **To:** Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov>
> **Cc:** CLINIC v Rubio <CLINICvRubio@nilc.org>; Ansari, Susan (CIV) <Susan.Ansari2@usdoj.gov>; Rosenbaum, Jessica (USANYS) <Jessica.Rosenbaum@usdoj.gov>
> **Subject:** [EXTERNAL] Fwd: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment
>
> Re-sending with full counsel cc-ed.
>
> ---------- Forwarded message ---------
> From: **Erez Reuveni** <ereuveni@democracyforward.org>
> Date: Mon, Aug 24, 2026 at 3:29 PM
> Subject: REQUEST TO CONFER -- 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment
> To: Kurz, Julian M. (CIV) <Julian.M.Kurz@usdoj.gov>
>
> Hi Julian,
>
> Thanks for speaking with us this morning. Was good to catch up.

We're writing separately to inquire about the government's progress on compliance with the court's order. We noticed that the DOS website does not yet reflect acknowledgment of Judge Vargas's decision or alert the public that the visa pause is no longer operative. We've also heard through partners that IV interviews at multiple embassies have been cancelled over the weekend.

Given these two developments, and that nearly three days have elapsed since the decision, and recognizing two of them were the weekend, can you please share with us the following information (or let us know that your clients decline to do so, so we can plan next steps) by **5 PM tomorrow**:

1. Whether the 75-country visa pause is presently being treated by the State Department as no longer operative, and if not, when the Department expects that to occur.

2. When the government will update its public-facing websites and any communications to applicants to reflect the court's ruling.

3. Whether interviews and adjudications for IV applicants are occurring no longer subject to the visa pause.

4. Whether guidance of any sort--internal or public facing--has been issued by DOS to relevant components or officers concerning implementation of the court's order.

5. In particular we are concerned about reports that DOS is sending emails stating "please note that the decision regarding the visa pause has not yet been formally approved or implemented by the U.S. Government or the U.S. Department of State. Therefore, the visa pause remains in effect at this time." Can you please share with us whether this message continues to be sent to applicants inquiring about their visas, and if so, when DOS systems and communications will be updated to reflect Judge Vargas's ruling.

Thank you for taking a look and sharing what you can. If it would be helpful to confer on these issues, please let us know, and we can jump on a call.

Erez

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>
Date: Mon, Aug 24, 2026 at 2:53 PM
Subject: Activity in Case 1:26-cv-00858-JAV Catholic Legal Immigration Network, Inc. et al v. Rubio et al Clerk's Judgment
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 08/24/2026 at 2:49:31 PM EDT and filed on 08/24/2026

**Case Name:** Catholic Legal Immigration Network, Inc. et al v. Rubio et al

**Case Number:** 1:26-cv-00858-JAV

**Filer:**

**Document Number:** 84

**Docket Text:**
**CLERK'S RULE 54(b) JUDGMENT re: [83] Opinion & Order. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated August 21, 2026, the parties' motions for partial summary judgment are both GRANTED IN PART AND DENIED IN PART. The Court determines that there is no just cause for a delay of entry of judgment with respect to these claims. Accordingly, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, partial judgment is hereby entered in Plaintiffs' favor on Counts One and Seven of the Complaint as set forth in the opinion, and partial judgment is entered in favor of Defendants on Count Three of the Complaint. The motions are otherwise denied. This judgment shall set aside and vacate the Policy categorically suspending the issuance of immigrant visas to applicants from the 75 designated countries as contrary to law and in excess of statutory authority. This judgment shall set aside and vacate any refusal of an immigrant visa that was based solely upon the Policy, and remand those agency actions for further proceedings consistent with the Opinion and Order. It is further Ordered a declaratory judgment is hereby entered for Plaintiffs that Defendants, by ordering the suspension of the issuance of immigrant visas to nationals of specified countries, violated 8 U.S.C. § 1201(g), 8 U.S.C. § 1152(a)(1)(A), and 22 C.F.R. § 40.6. Additionally, the Policy exceeded the Secretary of State's authority under 8 U.S.C. § 1104(a). (Signed by Clerk of Court Tammi M Hellwig on 8/24/2026) (nd) Modified on 8/24/2026 (nd).**

**1:26-cv-00858-JAV Notice has been electronically mailed to:**

Susan Elizabeth Welber sewelber@legal-aid.org

Hasan Shafiqullah hhshafiqullah@legal-aid.org, ILUFedPractice@legal-aid.org

Joanna Elise Cuevas Ingram cuevasingram@nilc.org, 2403741420@filings.docketbird.com, docket@nilc.org

Catherine Carroll ccarroll@democracyforward.org, filings@democracyforward.org

Tanya Broder broder@nilc.org, docket@nilc.org

Evan Henley ewhenley@legal-aid.org

Emily Lundgren elundgren@legal-aid.org

Sarah S Wilson swilson@colombohurd.com, cbdibo@colombohurd.com, litigation@colombohurd.com, sastevens@gmail.com

Efren Carlos Olivares olivares@nilc.org

Erez R Reuveni ereuveni@democracyforward.org

Julian Michael Kurz julian.m.kurz@usdoj.gov

Antionette Dozier adozier@wclp.org, lmccoy@wclp.org

David Kane dkane@wclp.org, lmccoy@wclp.org

Joy K Dockter jdockter@wclp.org

Elizabeth Hope Choo choo@nilc.org

Susan Ansari susan.ansari2@usdoj.gov

**1:26-cv-00858-JAV Notice has been delivered by other means to:**

David Kim
Colombo & Hurd, PI
301 E Pine St #450
Orlando, FL 32801

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=8/24/2026] [FileNumber=35291550-0] [63e315324a0c5db4abaabf79019b4fd36ab6aa126bd21cb81906cd9f720b1862d78b87225a5a744630924e2563c9e6874e0550e3f4d90cb10269b93b6ce06ef6]]

*This is a re-generated NEF. Created on 8/24/2026 at 2:51 PM EDT*