# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants.* | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION OF PATRICIA RICHARDSON** |

I, Patricia Richardson, declare under penalty of perjury, the following:

1. I respectfully submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, and for status conference.

2. I am 69 years old.

3. I am a U.S. citizen.

4. I reside in the Bronx, New York City, NY.

5. My sister's name is Andrea Anderson. She is 60 years old. She resides in and is a national of Jamaica.

6. In March 2007, I filed an I-130 Petition for Alien Relative with U.S. Citizenship and Immigration Services ("USCIS") for my sister. The goal was to enable my sister to come and join me in the United States. On January 13, 2010, the petition was approved and was moved to the U.S. Department of State ("DOS") National Visa Center ("NVC") for completion of the DS-260 Immigrant Visa application and for submission of the required documents for my sister.

7. The immigrant visa fees for the application have been paid, and the DS-260 Immigrant Visa application was completed and uploaded and we have submitted all of the required documents. My sister's case was considered "documentarily complete" as of October 7, 2025.

8. My sister has her visa interview scheduled for March 17, 2026, in Kingston, Jamaica.

9. Jamaica is one of the countries listed in the DOS 75-Country Blanket Public Charge Visa Ban ("Ban") announced by DOS on January 14, 2026, and effective January 21, 2026. As a result of this Ban, my sister and I are and will continue to be separated indefinitely.

10. My sister attended her visa interview with the U.S. Embassy on March 17, 2026 in Kingston, Jamaica, and was informed that her application was complete.

11. On March 17, 2026, my sister also received a letter from the embassy saying that she was ineligible for a visa because of the Ban or "Pause", a notice of refusal under INA § 221(g), 8 U.S.C. § 1201(g), citing the Department of State's January 21, 2026 "Pause" on immigrant visa issuance for certain nationalities, including Jamaicans.

12. I understand that this Court has since ordered the Department of State to lift that pause.

13. While I speak with my sister by phone, video call, or text at least once a week, I have not seen her in person since 2023 since she is still in Jamaica.

14. We followed all the legal steps for my sister to reunite with me in the United States, and her application is complete, but now it feels like the pathway to bringing her to the United States has been unreasonably taken away and inordinately delayed.

15. I always understood that my sister's nationality would not affect my sister's visa application.

16. After learning of the Court's August 21, 2026 Order this past week, neither my sister nor I received any information or communication from the U.S. Embassy or any consular posts in Kingston, Jamaica, NVC, or DOS. We received no information from DOS confirming that the Ban or "pause" had been lifted or that the visa "refusal" letter was no longer valid.

17. Our immigration attorney, Corrinne Donaldson, emailed the U.S. Embassy in Kingston to request an update on the status of my case and guidance regarding the next steps required for my sister in the process, in light of the Court's August 21, 2026 Order. I understand based on communications with my attorney that she has not received a response as of this filing.

18. Despite having completed every step required of my sister and I, her visa still has not been issued or processed in accordance with the law. More than five months have passed since her interview, and she remains unable to move forward in the process.

19. The delay has also caused serious personal and family hardship. I am heartbroken about being separated from my sister indefinitely. My sister and I are very close, so it is difficult for me not to be able to see her in person. Being around my sister helps me feel calm and happy, and she is the person I go to when I need support. My family and I have been unable to make firm decisions about how we should organize our work and family

responsibilities; without any clear timeline for visa issuance, we are forced to keep major life decisions on hold.

20. This uncertainty has been emotionally exhausting for me and my family. After completing her interview, my sister reasonably believed that this long immigration process was nearing completion. Instead, we have remained in limbo for months despite my having complied with every requirement.

21. The continued uncertainty has placed ongoing strain on our family life, our planning, and our emotional well-being. The inability to move forward with plans that were already real and in motion has been deeply distressing for all of us.

22. Because of the continued uncertainty and delay, I do not know if my sister and I will ever be reunited in the United States.

23. The stress, sadness, insomnia, loss of appetite and acute anxiety I have suffered due to continued uncertainty and delay about whether the Ban has actually been lifted by DOS have only intensified. The nightmares and trouble sleeping I have suffered since the Ban was in effect have only increased. I constantly wonder about what happens next, and food has stopped being appealing.

24. I lay awake at night worrying and wondering if the DOS Consular Processing Cable or any recent training on public charge that is the reported source of the current global "pause" on consular processing will lead to the refusal of my sister's application, and whether DOS is actually following the Court's Order and Judgment.

25. My sister and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment, because it is unnecessary, unfair, discriminatory, and cruel, not only for my sister and myself, but for everyone who is denied the opportunity to go through the legal immigration visa process to reunite with their family because DOS and the Secretary of State continue to block them from doing so by imposing a global ban or continued "pause" on the basis of "public charge" training.

26. Because of the continued uncertainty and delay, I do not know if my sister and I will ever be reunited in the United States. I don't know if my sister will ever have the opportunity to meet some of my extended family members in person.

27. If the Ban or any extended "Pause" is lifted, and my sister comes to the United States, the first thing I'm going to do is take her to the library. I am also going to take her to Niagara Falls and to other places she's only been able to see in movies and photos before.

28. I love music, but I have never been to the Philharmonic Orchestra because I want the first time I go to be with my sister.

29. I want the Ban and any extended "Pause" to be lifted so my sister can come to the United States and see a different type of lifestyle and have her eyes opened to new opportunities. I know my sister being in the United States will improve the lives of those around her. It feels like my sister had her hand on the doorknob to the United States, only for it to be snatched away.

30. I am shocked and upset for myself, my sister, and all the other affected families. I want to help other families from Jamaica – and all around the world – be able to reunite with their loved ones.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2026
Bronx, New York City, NY

Patricia Richardson
Patricia Richardson