# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION OF ADRIAN MITCHELL** |

I, ADRIAN MITCHELL declare under penalty of perjury, the following:

1. I respectfully submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, and for status conference.

2. I am 31 years old.

3. I am a U.S. citizen.

4. I reside in Port St. Lucie, Florida.

5. I have three minor sons.

6. My mom's name is Carol Marie Baugh. She is 70 years old and a national of Jamaica.

7. My mom normally lives with her U.S. citizen husband in Port St. Lucie, Florida, but she is currently stuck in Jamaica.

8. My mom has been living in the United States since the 1980s.

9. She traveled to Jamaica to attend her interview and is now unable to return home to the United States.

10. On March 29, 2016, I filed an I-130 Petition for Alien Relative with U.S. Citizenship and Immigration Services ("USCIS") for my mom. The goal was to enable my mom to stay with me and the rest of her family in the United States. On November 29, 2016, the petition was approved and was moved to the U.S. Department of State ("DOS") National Visa Center ("NVC") for completion of the DS-260 Immigrant Visa application and for submission of the required documents for my mom.

11. My mom's I-212 was approved on July 20, 2021. Her I-601(a) was approved on October 10, 2024.

12. The immigrant visa fees for the application have been paid, and the DS-260 Immigrant Visa application was completed and uploaded and we have submitted all of the required documents. My mom's case was considered "documentarily complete" as of October 23, 2025.

13. My mom attended her visa interview on January 12, 2026, in Kingston, Jamaica.

14. Jamaica is one of the countries listed in the DOS 75-Country Blanket Public Charge Visa Ban ("Ban") or "Pause" announced by DOS on January 14, 2026, and effective January 21, 2026. As a result of the Ban or "Pause", my mom and I have been separated indefinitely.

15. On February 6, 2026, my mom received a letter from the embassy saying that she was ineligible for a visa because of the Ban or "Pause", a notice of refusal under INA § 221(g), 8 U.S.C. § 1201(g), citing the Department of State's January 21, 2026 "Pause" on immigrant visa issuance for certain nationalities, including Jamaicans.

16. While I speak with my mom by phone at least twice a week, I have not seen her in person since December 2025, she is still stuck in Jamaica.

17. I expected to be separated from my mom for only a few weeks and now we are separated indefinitely and have no idea when she can come home.

18. We followed all the legal steps for her to be able to return home to the United States after her visa interview in Jamaica.

19. I understand that this Court has since ordered the Department of State to lift the Ban or "Pause".

20. After learning of the Court's August 21, 2026 order this past week, neither my mother nor I received any information or communication from the U.S. Embassy or any consular posts in Kingston, Jamaica, NVC, or DOS. We received no information from DOS confirming that the Ban or "pause" had been lifted or that the visa "refusal" letter was no longer valid.

21. Our immigration attorney, Nita Dobroshi, emailed the U.S. Embassy in Kingston to request an update on the status of my case and guidance regarding the next steps required for my mother in the process, in light of the Court's August 21, 2026 Order. I understand based on communications with my attorney that she has not received a response as of this filing.

22. Despite having completed every step required of my mother and I, her visa still has not been issued or processed in accordance with the law. More than eight months have passed since her interview, and she remains unable to move forward in the process.

23. The delay has also caused serious personal and family hardship. I am heartbroken about being separated from my mom indefinitely. We have a close relationship, and she is the person I go to when I need support. My family and I have been unable to make firm decisions about where we will live, and how we should organize our work and family responsibilities; without any clear timeline for visa issuance, we are forced to keep major life decisions on hold.

24. This uncertainty has been emotionally exhausting for me and my family. After completing her interview, she reasonably believed that this long immigration process was nearing completion. Instead, we have remained in limbo for months despite my having complied with every requirement.

25. The continued uncertainty has placed ongoing strain on our family life, our planning, and our emotional well-being. The inability to move forward with plans that were already real and in motion has been deeply distressing for all of us.

26. Because of the continued delay, I am worried about my mom. She has not lived in Jamaica for more than four decades. I'm afraid that she could be a victim of violence, especially as a 70-year-old woman. The healthcare in Jamaica is worse, and she has a lower standard of living there, both of which worry me. I am concerned that my mom will not have access to adequate healthcare if something were to happen to her while in Jamaica.

27. The stress, sadness, and anxiety caused by the continued uncertainty and delay have only intensified the nightmares and trouble sleeping I have suffered since the Ban was in effect. With the delay, I also have had an increase in my loss of appetite, causing me to unintentionally lose more weight.

28. Because of the continued uncertainty and delay, I do not know if my mom and I will ever be reunited in the United States. This whole experience has become increasingly traumatic for me.

29. I lay awake at night worrying and wondering if the DOS Consular Processing Cable or any recent training on public charge that is the reported source of the current global "pause" on consular processing will lead to the refusal of my mom's application, and whether DOS is actually following the Court's Order and Judgment.

30. The continued delay and uncertainty about whether DOS is implementing the Court's Order doesn't just separate me from my mom; it also separates her from her U.S. citizen daughter, U.S. citizen husband, and from my children.

31. My children miss their grandmother and don't know when they will be able to see her again. When she lived in the United States, my mom would babysit my children and spend time with them. She would also support our family with childcare and meal preparation.

32. My mom is also her husband's caregiver and now that responsibility has fallen on me. My stepfather is 92 years old and suffers from multiple health conditions, including high blood pressure, high cholesterol, renal disease, severe chronic kidney disease, hearing loss, cataracts, and knee problems. Legal and physical responsibility for my stepfather will continue to fall on me indefinitely as my mom is no longer available to care for him or take him to his medical appointments.

33. My mom and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment, because it is unnecessary, unfair, discriminatory, and cruel, not only for my mom and myself, but for everyone who is denied the opportunity to go through the legal immigration visa process to reunite with their family because DOS and the Secretary of State continue to block them from doing so by imposing a global ban or continued "pause" on the basis of "public charge" training.

34. The continued delay and uncertainty are unfair because my mom has been living in the United States for so long and she has been contributing to her community. She has done everything right but still cannot come home to be with me and the rest of her family.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2026
Port St. Lucie, Florida

ADRIAN MITCHELL