# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al., *Plaintiffs,* v. MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE, *Defendants*. | Civil Action No. 1:26-cv-00858-JAV **DECLARATION OF CESAR ANDRED AGUIRRE** |

I, Cesar Andred Aguirre, declare under penalty of perjury, the following:

1. I respectfully submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, and for status conference.

2. I am 38 years old.

3. I am a U.S. citizen.

4. I reside in Shirley, Suffolk County, New York.

5. My wife's name is Dania Mariela Escobar Carranza.

6. She is 32 years old. She is a national of Guatemala.

7. My wife normally resides in Shirley, New York with me and our two daughters.

8. My wife and I have two minor daughters together, ages seven and two. I also have an adult son from a previous relationship.

9. My wife is currently stuck in Guatemala after traveling there to appear for her scheduled consular interview. She has our youngest child with her, because she is still nursing. Our youngest child has special needs and frequent medical care.

10. On March 1, 2021, I filed an I-130 Petition for Alien Relative with U.S. Citizenship and Immigration Services ("USCIS") for my wife. The goal was to enable my wife to remain with me in the United States. On October 3, 2021, the petition was approved and was moved to the U.S. Department of State ("DOS") National Visa Center ("NVC") for

completion of the DS-260 Immigrant Visa application and for submission of the required documents for my wife.

11. The immigrant visa fees for the application have been paid, and the DS-260 Immigrant Visa application was completed and uploaded and we have submitted all of the required documents. My wife's case was considered "documentarily complete" as of July 8, 2025.

12. My wife, both our daughters, and I all traveled to Guatemala about a week before my wife's visa interview.

13. My wife and I believed her visa interview was at the consulate on January 20, 2026, based on an email we received from the NVC on November 24, 2025. When she appeared at the consulate on January 20, 2026, the consular officer accepted her documents but told her that her interview was actually scheduled for January 21, 2025.

14. My wife returned to the consulate and attended her interview on January 21, 2025.

15. Guatemala is one of the countries listed in the DOS 75-Country Blanket Public Charge Visa Ban ("Ban") or "Pause" announced by DOS on January 14, 2026, and effective January 21, 2026. As a result of this Ban or "Pause", my wife, my daughters, and I have been separated indefinitely.

16. After the interview, my wife received immediate notice from the consulate that she was no longer eligible to receive a visa under the Immigration and Nationality Act ("INA") § 221(g) (8 U.S.C. § 1201(g)), because Guatemala is one of the 75 countries subject to the Ban, which went into effect that same day.

17. She was also advised that the State Department was indefinitely suspending immigrant-visa issuance in Guatemala because of the Ban or "Pause".

18. After my wife's interview, the consular officer also verbally told my wife that she would have been granted a visa if not for the Ban or "Pause".

19. My wife and I had no idea about the Ban before we departed the U.S. for Guatemala, so learning about the Ban was incredibly shocking.

20. When I learned about the Ban, I felt shocked, scared and riddled with anxiety. I hoped that the Ban would not affect my family as it was my understanding that my wife's interview was on January 20, 2026, the day before the Ban went into effect.

21. As a result of the Ban and continued delay and uncertainty, my wife is now separated from our oldest daughter, a U.S. citizen, age seven. When she realized her mom had to remain in Guatemala, our oldest daughter was devasted and scared. She didn't want to leave her mom when she and I returned to the United States.

22. While I communicate with my wife daily by phone, video call and text messages, and my older daughter and I have made short trips to visit my wife and younger daughter in Guatemala to mitigate the stress of family separation, we have not been reunited together as a family in the U.S., since January 20, 2026.

23. My wife has our youngest daughter with her in Guatemala because they are still nursing together. Our youngest daughter is also a U.S. citizen who was born in New York, and she has special needs because she has Turner's Syndrome.

24. Our youngest daughter needs her heart, eyes and ears to be constantly monitored. She recently had ear surgery. She has special needs and was referred for Early Intervention here in New York due to concerns about her development. She requires frequent medical appointments and has missed required medical care appointments with her cardiologist and other medical specialists here in New York for over seven months now, putting her health at serious risk. She has an upcoming appointment with her cardiologist in New York, scheduled for October 16, 2026, and an appointment on October 26, 2026 for evaluation of the tympanostomy tubes and continued monitoring, as well as a dentist appointment scheduled for October 21, 2026, and I remain seriously concerned she may not be able to receive the medical care she needs before then.

25. We followed all the legal steps for my wife to remain with me and our daughters in the United States, and her application is complete, but now it feels like the pathway to bringing them to the United States has been unreasonably taken away.

26. I understand that this Court has since ordered the Department of State to lift the Ban or "Pause".

27. After learning of the Court's August 21, 2026 Order this past week, although we understand her application may still be under consideration, neither my wife nor I received any direct information or communication regarding her application from the U.S. Embassy or any consular posts in Guatemala, NVC, or DOS. We received no information from DOS confirming that the Ban or "pause" had been lifted or that the visa "refusal" letter was no longer valid.

28. I also directly emailed the U.S. Embassy in Guatemala to request an update on the status of my wife's case and guidance regarding the next steps required for my wife in the process, in light of the Court's August 21, 2026 Order. I requested that the Embassy in Guatemala please inform us whether the suspension for the issuance of immigrant visas to citizens of Guatemala has been lifted, and when processing will resume. I have not received a response as of this filing.

29. The uncertainty and delay have also caused serious personal and family hardship. I am heartbroken about being separated from my wife indefinitely. We have a close relationship, and she is the person I go to when I need support. My family and I have been unable to make firm decisions about where we will live, and how we should organize our work and family responsibilities; without any clear timeline for visa issuance, our

youngest daughter continues to miss required medical appointments and has gone without critical medical care, and we are forced to keep major life decisions on hold.

30. The delay and uncertainty have been traumatizing for me and my family. My wife and I have done everything right, everything that has been asked of us, our petition was approved and we still cannot be reunited in the United States. I invested substantial time and expense to comply with all the required steps, including USCIS adjudication, NVC processing, medical examinations, and awaiting the scheduling of my wife's interview.

31. The continued delay and uncertainty has placed ongoing strain on our family life, our educational planning, our daughters' health and development, and our emotional well-being, and has put our youngest daughter's health and development at risk. The inability to move forward with plans that were already real and in motion has been deeply distressing and traumatizing for all of us.

32. The anxiety, stress, insomnia, panic attacks, difficulty focusing, loss of appetite and fear about the future I suffered due to the Ban have only intensified due to the continued uncertainty and delay.

33. Since the Ban was issued in January, I continue to remain awake at night, suffering from nightmares and anxiety about the violence my wife might face alone in Guatemala as a woman with a baby. My insomnia and anxiety have only intensified given the continued delay and uncertainty—my wife does not have any family or friends in the country or a permanent place to live, as she's been away from Guatemala for over a decade. I remain awake at night worrying and wondering if the DOS Consular Processing Cable or any recent training on public charge that is the reported source of the current global "pause" on consular processing will lead to the refusal of my wife's application, and whether DOS is actually following the Court's Order and Judgment.

34. My wife, daughters and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment, because it is unnecessary, unfair, discriminatory, and cruel, not only for our family, but for everyone who is denied the opportunity to go through the legal immigration visa process to reunite with their family because DOS and the Secretary of State continue to block them from doing so by imposing a global ban or continued "pause" on the basis of "public charge" training.

35. The continued delay and uncertainty about whether DOS is implementing the Court's Order have only intensified my pain and distress. I have become hopeless about the future, because I don't know if my wife, youngest daughter and I will ever be reunited in the United States.

36. I continue to experience harm due to continued uncertainty and delay. My wife is the primary caregiver for our two minor daughters. Now that my wife is in Guatemala, I am

solely responsible for bringing my oldest daughter to school, cooking her meals, and making sure she attends all of her appointments.

37. My wife is an amazing mother. The house feels empty without her. I miss having her here with me for support and so our family can be together.

38. The Ban is also harming our older daughter who is distraught in the United States with me. My older daughter cannot understand why her mom cannot come home. She misses her mom and her younger sister. She is so upset that she has mentioned this family separation to her teacher multiple times and has made it difficult for her to focus on her education at school.

39. My mother helps me with my older daughter in my wife's absence. However, this requires my older daughter to travel between our home and her grandmother's home on a regular basis and has disrupted her routine.

40. I am also worried about my wife and youngest daughter in Guatemala.

41. Our youngest daughter has Turner's Syndrome and requires frequent medical care. The medical care she needs is not available in Guatemala. She has already missed required monthly medical appointments because of the Ban over the past seven months, putting her health and development at serious risk, and may continue to miss required cardiology and medical specialist appointments in New York currently scheduled for October.

42. My wife also has limited access to water and electricity, which makes it even harder for her to care for our daughter with special needs.

43. My wife did everything right, but she and our youngest, special needs daughter are still suffering every day as they continue to remain stuck in Guatemala.

44. The continued delay and uncertainty about whether DOS is implementing the Court's Order have only intensified my pain, suffering and distress. The extended delay and uncertainty has already traumatized my daughters. I have become hopeless about the future, because I don't know if my wife, my daughters, and I will ever be reunited in the United States and remain concerned the separation is seriously harming my daughters' health and development. The continued delay and uncertainty feels like torture.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2026
Shirley, New York

_______________________________
CESAR ANDRED AGUIRRE