# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION OF MARU MAHMUD HASSEN** |

I, MARU MAHMUD HASSEN, declare under penalty of perjury, the following:

1. I respectfully submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, and for status conference.

2. I am a U.S. citizen and I reside in Rochester, New York.

3. My wife's name is Tigist Asmare Mekonnen. She resides in and is a national of Ethiopia.

4. I have two children from previous relationships: an adult son and a 16-year-old daughter. Both of my children reside in Ethiopia.

5. I filed a petition with the U.S. Department of State (DOS) Consular Electronic Application Center (EAC) for an immigrant visa for my wife in November 2023, with the goal of reuniting with her in the U.S. The petition was approved by the U.S. Department of Homeland Security (DHS) and U.S. Citizenship and Immigration Services (USCIS) and was sent to the U.S. Department of State National Visa Center (NVC) in May 2025.

6. The immigrant visa fee has been paid, and my wife has uploaded all her required documents. She is considered "documentarily complete" as of October 2025.

7. She is waiting for her consular interview to be scheduled.

8. Ethiopia is one of the countries listed in the DOS 75-Country Public Charge Visa Ban ("Ban") or "Pause" announced by DOS on January 14, 2026, and effective January 21, 2026. As a result of this Ban or "Pause", my wife and I have been separated indefinitely.

9. While I speak with my wife by phone nearly every day, I have not seen my wife in person since 2022 since she is still in Ethiopia.

10. Having my wife in the U.S. will improve my life because she can provide me emotional support and help me with daily tasks, so I can focus more on my health.

11. Prior to the Ban, I always understood that my health status and my wife's nationality would not affect my wife's eligibility for an immigrant visa.

12. I understand that this Court has since ordered the Department of State to lift the Ban or "Pause".

13. After learning of the Court's August 21, 2026 Order this past week, neither my wife nor I received any information or communication from the U.S. Embassy or any consular posts in Addis Ababa, Ethiopia, NVC, or DOS. We received no information from DOS confirming that the Ban or "pause" had been lifted.

14. Our immigration attorney, Patricia Welch, emailed the U.S. Embassy in Addis Ababa to request an update on the status of my case and guidance regarding the next steps required for my wife in the process, in light of the Court's August 21, 2026 Order. I understand based on communications with my attorney that she has not received a response as of this filing.

15. Despite having completed every step required of my wife and I, her interview has not been scheduled and her visa still has not been issued or processed in accordance with the law. More than eight months have passed, and as of today's date, she remains unable to move forward in the process.

16. The delay has also caused serious personal and family hardship. I am heartbroken about being separated from my wife indefinitely. We have a close relationship, and she is the person I go to when I need support. My family and I have been unable to make firm decisions about where we will live, and how we should organize our work and family responsibilities; without any clear timeline for visa issuance, we are forced to keep major life decisions on hold.

17. The delay and uncertainty has been emotionally exhausting for me and my family. My wife and I have done everything right, everything that has been asked of us, our petition was approved and we still cannot be reunited in the United States. I invested substantial time and expense to comply with all the required steps, including USCIS adjudication, NVC processing and awaiting medical exams and the scheduling of my wife's interview.

18. The continued delay and uncertainty has placed ongoing strain on our family life, our planning, and our emotional well-being. The inability to move forward with plans that were already real and in motion has been deeply distressing for all of us.

19. Because of the continued delay and uncertainty, during my daily life, I am distracted, and because I am distracted, I often forget about what I need to do for myself for the day.

20. Being separated from my wife without any end in sight, is painful. I feel distressed, sad, and continue to remain withdrawn from family members and friends.

21. The anxiety, stress, and insomnia I suffered because of the Ban have only intensified due to the continued uncertainty and delay.

22. Being separated from my wife because of the Ban, without any end in sight, is painful. I feel distressed, sad, and have withdrawn from family members and friends.

23. Since the Ban was issued in January, I have had nightmares and trouble sleeping and lay awake at night worrying about what might happen and if my wife and I will ever be reunited, and they have only intensified since, worrying and wondering if the DOS Consular Processing Cable or any recent training on public charge that is the reported source of the current global "pause" on consular processing will lead to the refusal of my wife's application, and whether DOS is actually following the Court's Order and Judgment.

24. My wife and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment, because it is unnecessary, unfair, discriminatory, and cruel, not only for my wife and I, but for everyone who is denied the opportunity to go through the legal immigration visa process to reunite with their family because DOS and the Secretary of State continue to block them from doing so by imposing a global ban or continued "pause" on the basis of "public charge" training.

25. The continued delay and uncertainty about whether DOS is implementing the Court's Order have only intensified my pain and distress. I have become hopeless about the future, because I don't know if my wife and I will ever be reunited in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2026
Rochester, New York

MARU MAHMUD HASSEN