# Exhibit 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION OF MUNTHAZ MAHMUD HASSEN** |

I, MUNTHAZ MAHMUD HASSEN, declare under penalty of perjury, the following:

1. I respectfully submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, and for status conference.

2. I am a U.S. citizen and I reside in Rochester, New York.

3. I have two children from a previous relationship: an 11-year-old son and a 14-year-old son. They are nationals of and reside in Ethiopia.

4. My children live with my aunt, who is their daily caregiver in Ethiopia. They do not reside with their biological mother. I am their legal guardian.

5. On June 12, 2023, I filed two I-130 Petitions for Alien Relative with U.S. Citizenship and Immigration Services ("USCIS"), one for each of my two minor sons. The goal was to enable each of my two children to come and join me as derivative U.S. Citizens, living in the United States. On July 2, 2025, the petitions were approved and were moved to the U.S. Department of State ("DOS") National Visa Center ("NVC") for completion of the DS-260 Immigrant Visa application and for submission of the required documents for my children.

6. The immigrant visa fees for both of my sons' applications have been paid, and the DS-260 Immigrant Visa application was completed and uploaded, and we have submitted all of the required documents. Their cases are considered "documentarily complete" as of October 2025.

7. My sons are waiting for their consular interviews to be scheduled.

8. Ethiopia is one of the countries listed in the DOS 75-Country Blanket Public Charge Visa Ban ("Ban") or "Pause" announced by DOS on January 14, 2026, and effective January 21, 2026. As a result of this Ban or "Pause", my children and I are and will continue to be separated indefinitely.

9. While I speak with my sons and my aunt by phone, Meta Facebook Messenger or Viper long-distance messaging platforms every day, I have not seen my sons in person since 2022 since they are still in Ethiopia.

10. My oldest son lived with me in Ethiopia, not his mother, since he was one year old in 2012 until October 2019, when I came to the United States, and since then he has lived with my aunt in Ethiopia.

11. I was in Ethiopia for my youngest son's birth, helped to hold him when his mother was sleeping, took responsibility for his laundry, calming him down, and helping him to sleep. Even after his mother and I separated, I made sure to buy him necessities, food, clothing, shoes, and gifts, and I would visit in person with him three times a week when he was a growing toddler and young child before I left for the United States. My youngest son lived with his mother until December 2022, when I obtained legal guardianship for him, and confirmed my legal guardianship of his older brother.

12. I can support both of my sons better as U.S. citizens here in the United States, where they would have access to better educational opportunities, and they would be able to learn and contribute to the culture in the United States. Because of the Ban, I feel hopeless and any hope we had of reuniting or supporting their dreams has been crushed. I cannot sleep and, day and night, I think about how we are separated. My oldest son also cannot sleep because he is stressed and thinking of how we are separated. It was my dream to live with my sons in the United States. We followed all the legal steps for them to reunite with me in the United States, and their applications are complete, but the Ban and the continued delay and uncertainty about whether DOS has lifted it, has taken away my dreams, and it feels now like the pathway to bringing them to the United States has been unreasonably taken away.

13. I always understood that neither my health status nor my children's nationality would affect my children's ability to receive immigrant visas.

14. I understand that this Court has since ordered the Department of State to lift the Ban or "Pause".

15. After learning of the Court's August 21, 2026 Order this past week, neither my children nor I received any information or communication from the U.S. Embassy or any consular posts in Addis Ababa, Ethiopia, NVC, or DOS. We received no information from DOS confirming that the Ban or "pause" had been lifted.

16. Our immigration attorney, Patricia Welch, emailed the U.S. Embassy in Addis Ababa to request an update on the status of my case and guidance regarding the next steps required

for my children in the process, in light of the Court's August 21, 2026 Order. I understand based on communications with my attorney that she has not received a response as of this filing.

17. Despite having completed every step required of my children and I, their interviews have not been scheduled and their visas still have not been issued or processed in accordance with the law. More than eight months have passed, and as of today's date, we remain unable to move forward in the process.

18. The delay has also caused serious personal and family hardship. I am heartbroken about being separated from my children indefinitely. My children and I have done everything right for them to immigrate only to be told we cannot, because they are from Ethiopia. We did everything that has been asked of us: USCIS adjudication, NVC processing and awaiting the scheduling of medical exams and in-person interview. Even though our petition was approved, my children still cannot come to live with me here in the United States. We have a close relationship, yet my family and I have been unable to make firm decisions about where we will live, and how we should organize our work and family responsibilities; without any clear timeline for visa issuance, we are forced to keep major life decisions on hold.

19. The delay and uncertainty has been emotionally exhausting for me and my family. My children and I have done everything right, everything that has been asked of us, our petition was approved and we still cannot be reunited in the United States. I invested substantial time and expense to comply with all the required steps, including USCIS adjudication, NVC processing, medical examinations, and awaiting the scheduling of my children's interviews.

20. The continued delay and uncertainty has placed ongoing strain on our family life, our planning, and our emotional well-being. The inability to move forward with plans that were already real and in motion has been deeply distressing for all of us.

21. Because of the continued delay and uncertainty about whether DOS will follow the Court's August 21, 2026 Order, I am suffering, and so are my children. I am distracted thinking about not being able to bring my children to the U.S., as I have hoped and prepared for. Since I am distracted by my thoughts, I often forget about what I need to do every day.

22. The heightened anxiety, stress, frequent nightmares and insomnia I suffered because of the Ban have only intensified due to the continued uncertainty and delay. Being separated from my kids, without any end in sight, is painful. The first two days since the Ban was announced, I was anxious, I felt nauseous, and I lost my appetite and could not eat, I felt like vomiting. I continue to feel sad, especially when I speak with them long-distance, to the point of depression, and have remained withdrawn from family members, coworkers, and friends. The nightmares I have had since the Ban was issued have intensified, and I continue to have trouble sleeping, I lay awake at night worrying about what might happen

and if my children and I will ever be reunited. I also worry that the DOS Processing Cable will lead to a refusal of my children's applications even if the Ban is lifted.

23. Since the Ban was issued in January, I have had nightmares and trouble sleeping and lay awake at night worrying about what might happen and if my children and I will ever be reunited, and they have only intensified since, worrying and wondering if the DOS Consular Processing Cable or any recent training on public charge that is the reported source of the current global "pause" on consular processing will lead to the refusal of my childrens' application, and whether DOS is actually following the Court's Order and Judgment.

24. My children and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment, because it is unnecessary, unfair, discriminatory, and cruel, not only for us, but for everyone who is denied the opportunity to go through the legal immigration visa process to reunite with their family because DOS and the Secretary of State continue to block them from doing so by imposing a global ban or continued "pause" on the basis of "public charge" training.

25. Because of the Ban and continued delay and uncertainty about whether DOS is implementing the Court's Order, I have become hopeless about the future. I do not know if my children and I will ever be reunited in the United States and I have worked hard to make a good life in the U.S. to support them, financially and emotionally, and in every way, here.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2026

Rochester, New York

MUNTHAZ MAHMUD HASSEN