# Exhibit 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION OF CHARLES WHEELER** |

## DECLARATION OF CHARLES WHEELER

I, Charles Wheeler, declare under the penalty of perjury that the following is true and correct:

1. My name is Charles Wheeler. I am currently the Senior Attorney/Director Emeritus of the Training and Technical Assistance section of the Catholic Legal Immigration Network, Inc. (CLINIC). I have been employed in various roles at CLINIC since July 1996. Prior to working at CLINIC, I directed the National Immigration Law Center (NILC) in Los Angeles.

2. I submit this declaration in support of Plaintiffs' Emergency Motion to Enforce the Court's August 21, 2026 Order, vacating and setting aside the Department of State's (DOS) indefinite "pause"—a functional, nationality based, indefinite ban—on the adjudication and approval of immigrant visa applications of applicants from 75 countries, and for a status conference.

3. CLINIC is a national nonprofit organization focused on training, equipping, and supporting local immigration legal service providers with the tools necessary to effectively represent low-income immigrants. CLINIC supports a network that

includes more than 415 affiliate Catholic and community-based immigration law programs that in turn employ approximately 3,000 staff in 49 states, including New York and the District of Columbia. CLINIC's affiliates serve hundreds of thousands of low-income immigrants each year, including by aiding them with applications for immigrant visas.

4. In seeking to further its mission of embracing the Gospel value of welcoming strangers, CLINIC supports its network by providing a menu of services that include training, legal reference materials, practice advisories, newsletters, policy summaries and updates, press releases, public education tools, case mentorship, and technical support for ongoing cases. CLINIC serves 34 affiliate organizations in New York, including 17 affiliates in New York City. Approximately 79 percent of CLINIC affiliates offer consular processing services.

5. CLINIC now employs a staff of 79. Sixteen staff members work in the Training and Technical Assistance section and devote their time to substantive immigration law matters including family-based immigration. CLINIC staff are located throughout the country with staff presence in states including California, Maryland, Virginia, Ohio, Florida, Texas, and New York.

6. The "public charge" ground of inadmissibility is the stated basis for DOS's indefinite "pause" or suspension of individualized immigrant visa adjudication and approvals for nationals from 75 countries.

7. This is a critical area for CLINIC and its affiliates because of our focus on low-income immigrants. Since the statutory change in 1996 that added the affidavit of support requirement, CLINIC has played a major role in analyzing and explaining the public

charge ground of inadmissibility. This topic has been included in books, articles, and trainings during the last 30 years.

8. The Blanket Visa Ban ("the Ban") announced on January 14, 2026, including DOS's failure to provide notice and an opportunity to comment before imposing the Ban, has injured CLINIC, as described below. These harms have continued to accrue the longer the Ban remains in effect; the absence of notice and opportunity to comment has prevented our organization and our affiliates from planning or taking steps to mitigate them.

9. CLINIC understands that this Court's August 21, 2026 Order vacated and set aside the categorical 75-Country Visa "Ban" or "Pause," and that the Court has ordered the Department of State to lift it.

10. After learning of the Court's August 21, 2026 Order this past week, and prior to Defendants' response to the Court on August 28, 2026, CLINIC and its 415 affiliates received no direct communications or confirmation from DOS indicating whether the prior immigrant visa "pause" has been "lifted" or that visa section 221(g) "refusal" letters for individual CLINIC affiliate clients were being rescinded. Instead, right after the Court's August 21, 2026 Order, CLINIC received reports from its affiliates and individuals that as of August 24 and 25, 2026, scheduled visa interviews in both countries that were not subject to the 75-Country Visa Ban and those that were otherwise subject to the 75-Country Visa Ban, including Central African Republic (at the U.S. Embassy in Cameroon) and Albania, had been rescheduled from September 10, 2026 and August 27, 2026 with **no rescheduled date** listed. DOS had indicated that the applicants would receive confirmation of a new appointment date and time with instructions to not appear

"at the consular section until directed to do so with a rescheduled appointment" from DOS's "U.S. Visa and American Citizens Support Service" and "GDIT Visa Appointment and Information Service Team." *See* Ex. A., CLINIC - New American Pathways – Redacted U.S. Immigrant Visa Appointment Cancellation – Cameroon; Ex. B, CLINIC - International Institute of Wisconsin - Redacted U.S. Immigrant Visa Appointment Cancellation – Albania.

11. CLINIC also became aware of widespread media reports hours after the Court's order that DOS began canceling scheduled immigrant visa interviews en masse across the globe. *See* Edward Wong, "Trump Administration Aims to Revoke Visas of Foreign Citizens Applying for Asylum," *N.Y. Times* (Aug. 24, 2026), https://www.nytimes.com/2026/08/24/us/politics/trump-mass-visa-revocation-asylum.html. The New York Times has reported that the cancellations were tied to additional training, stating that interviews would be postponed "until consular officers complete training sessions . . . on what the [D]epartment calls a public charge rule, in which consular officers are supposed to deny immigrant visas to applicants who might rely on public assistance when they are in the United States." *Id.* ("When asked about the pause or postponement of visa interviews worldwide, the State Department issued a statement through an official[:] . . . 'To accommodate this in-depth training, appointments for visa services will be adjusted.'"). But DOS's public charge cable, also challenged in this lawsuit but not part of the summary judgment order, was issued on November 6, 2025 – nearly ten months ago. ECF 1, ¶ 3. It is and has been operative during that entire period for all countries that were not subject to the 75-country visa ban. Defendants have not explained why a policy that has been operative for nearly ten months now requires

the worldwide cancellation of scheduled interviews, what the new training will entail, or how long that interruption will last. The timing and scope of these actions—taken immediately after this Court vacated the Visa Ban—raise significant concerns that the government is not complying with this Court's order and taking actions to circumvent that order under the guise of a pretextual explanation. *See also* Kanishka Singh, "Trump administration issues pause on immigrant visa appointments for applicants worldwide," *Reuters* (Aug. 25, 2026, 8:21 P.M.), https://www.reuters.com/legal/government/trump-administration-issues-pause-visaappointments-applicants-worldwide-2026-08-26.

12. CLINIC's mission includes protecting the rights of immigrants in partnership with a dedicated network of Catholic and community immigration legal programs. Defendants' blanket refusal and continued uncertainty and delay about whether DOS will follow the Court's Order and issue visas to nationals of 75 countries impairs CLINIC's mission and day-to-day operations by unnecessarily separating families and preventing our affiliates from providing positive family reunification outcomes for their clients.

13. Due to the continued delay and uncertainty, CLINIC has been forced to devote a significant amount of additional staff time and resources to answering numerous inquiries from CLINIC affiliates and individuals during the last week. CLINIC has also been monitoring DOS and consular activity, developing guidance and resources, coordinating across its various sections (Emerging Issues, Advocacy, Field Engagement, Communications, and Executive) and conducting expedited outreach to affiliates. This work has required us to redirect staff from other planned programmatic and substantive work. If DOS had implemented the vacatur clearly and promptly, this emergency response would not have been necessary.

14. CLINIC has already experienced—and reasonably expects to continue experiencing—a spike in requests for technical assistance concerning DOS's action and its impact on pending immigrant visa applications. Responding to these demands requires CLINIC to further divert attorney and policy staff from ongoing work that would otherwise have proceeded uninterrupted. These operational burdens are compelled by the government's action, not discretionary reallocations, and they materially impede CLINIC's ability to perform its core functions.

15. CLINIC affiliates are continuing to prepare and submit immigrant visa applications and to counsel clients regarding consular interviews without clarity on when a categorical nationality-based immigrant visa refusal or "global" pause for "public charge" training will end.

16. Fundamentally, our affiliates count on CLINIC—and pay membership fees—to help them achieve positive outcomes for their clients. The continued delay and uncertainty prevents CLINIC and its affiliates from providing effective assistance to U.S. citizens, lawful permanent residents, and their family members worldwide. This impairment of our work, among other injuries, is the direct result of the Ban and DOS's subsequent actions following the Court's Order on August 21, 2026.

17. DOS provided no opportunity to comment prior to imposing the Ban or any continued reported global "pause" for "public charge" training, including regarding its nationality-based suspension of immigrant visa adjudications and its unsubstantiated assertions regarding public benefit usage by nationals of the affected countries.

18. The U.S. Department of Homeland Security (DHS) provided CLINIC an opportunity to do on both the 2025 and the 2018 DHS public charge NPRMs published by the Trump

Administration. If DOS had provided CLINIC with the opportunity to comment on a proposed Blanket Visa Ban or any reported global “pause” for new “public charge” guidance, training or revisions to the Foreign Affairs Manual (FAM), CLINIC would have submitted comments opposing the Ban and any related global “pause” for new “public charge” guidance, training or revisions to the FAM related to the public charge ground of inadmissibility. Our comment would have explained that they are contrary to the Immigration and Nationality Act (INA) and Congress’s goal of promoting family unification, and are factually unsupported.

19. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2026

Charles Wheeler

# Exhibit A

**From:** Adriana Coppola
**To:** Joanna Cuevas Ingram; Elizabeth Choo; Tanya Broder; Herbert Akankunda
**Subject:** Fw: [redacted]: Follow-Up on Interview Cancellation
**Date:** Friday, August 28, 2026 2:30:48 PM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image.png
image.png
image.png
image.png
1st Immigrant Visa Interview Appointment reda.pdf
2nd Immigrant Visa Appointment Rescheduled to September.pdf
3rd Immigrant Visa Appointment Rescheduled no next date.pdf

---

Here is an example out of Cameroon.

CLINIC

**Adriana Coppola**
Supervising Attorney of Emerging Issues
**Email:** acoppola@cliniclegal.org
**Office:** 786-607-3936
cliniclegal.org

---

**From:** Jessica Hermoza <jhermoza@newamericanpathways.org>
**Sent:** Friday, August 28, 2026 2:10 PM
**To:** Adriana Coppola <acoppola@cliniclegal.org>
**Subject:** RE: [redacted]: Follow-Up on Interview Cancellation

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you are concerned this is a suspicious email, please contact Xpertechs for review and next steps.

Good afternoon Adriana,

I am attaching here the original date of the interview for 2 minor children travelling to Yaounde, Cameroon for their interview; originally their interview was on 08/26/2026.

Unfortunately, that first interview was rescheduled for 09/10/2026 due to reduced staffing according to the email sent to my client.

As you can see the third email does not have any reason for rescheduling the September appointment and does not provide a new date either.

Jessica Hermoza
Immigration Assistant
2300 Henderson Mill Rd. NE
Suite 100
Atlanta GA 30345
Work Cell: 470-620-5157
www.newamericanpathways.org

Red, White, and Do!
A CELEBRATION OF COLLECTIVE IMPACT

*Annual fundraising gala supporting New American Pathways*
www.redwhiteanddogala.org

10 YEARS THRIVING TOGETHER New American Pathways

**From:** [redacted]
**To:** Jessica Hermoza
**Subject:** Fwd: Immigrant Visa Interview Appointment
**Date:** Friday, June 26, 2026 1:32:40 PM

---------- Forwarded message ---------
From: <National_Visa_Center@state.gov>
Date: Fri, Jun 26, 2026 at 10:02 AM
Subject: Immigrant Visa Interview Appointment
To: [redacted]

Dear [redacted] ,

The National Visa Center (NVC) finished processing your immigrant visa case and scheduled your visa interview. Take this letter with you to your medical appointment and visa interview. It has essential information for your case. Here are your appointment details and instructions:

# Immigrant Visa Interview Details

| | |
|---|---|
| Interview Date/Time: | AUGUST 26, 2026 at 08:30 AM |
| Interview Location: | YAOUNDE, CAMEROON |
| NVC Case Number: | [redacted] |
| [redacted] | |
| | CENTRAL AFRICAN REPUBLIC |
| Preference Category: | IR2-Child of United States Citizen |
| A #: | [redacted] |

**Note:** Only the family members listed above **who plan to immigrate** must attend the interview.

# What You Need to Do Now

1. Prepare for Your Interview:
    - Instructions about preparing for your interview are at https://nvc.state.gov/prep. Please read and follow them to avoid delays at your interview.
    - Schedule your medical examination.
2. Upload New Documents if Needed:
    - If you need new police certificates or other documents, upload them to your

CEAC account at https://ceac.state.gov/IV.
    - If you submit new documents, it will not delay your interview.
3. Bring Original Documents to Your Interview:
    - You must present all your original documents at your interview.

## What to Do if You Cannot Attend Your Appointment

If you cannot attend your interview, please cancel or reschedule it as soon as possible.

- Visit https://nvc.state.gov/prep and select your interview location from the list.
- Follow the instructions under **Contact Information** to reschedule your appointment.

If you have questions about your case or interview, contact the U.S. Embassy or Consulate where your interview is scheduled. Be sure to include your full name and case number every time you contact them.

**Sincerely,**
National Visa Center
U.S. Department of State

***NOTE: Please do not reply to this email. This is not a monitored account. If you have questions, please review the help topics available to you athttps://nvc.state.gov/ask.***

**From:** [redacted]
**To:** Jessica Hermoza
**Subject:** Fwd: Visa Appointment Rescheduled
**Date:** Thursday, July 16, 2026 10:51:04 AM
**Attachments:** Outlook-equ1oevn.png
Outlook-fdrk325u.png
Outlook-jrsc5zkw.png
Outlook-40pzyhkw.png
Outlook-eccc132z.png
Outlook-wipuikp4.png
Outlook-0bwtpkmu.png
Outlook-k4ajme23.png
Outlook-q32zybqx.png
Outlook-yubwfic4.png
Outlook-hvy23bgg.png
Outlook-xamz2ops.png
Outlook-5vdabdud.png
Outlook-pmig3oww.png
Outlook-iusiilzf.png

---

---------- Forwarded message ---------
From: **Consular Yaounde** <consularyaounde@state.gov>
Date: Thu, Jul 16, 2026 at 10:41 AM
Subject: Visa Appointment Rescheduled
To: [redacted]

[redacted] Applicant,

Greetings from the Consular Section.

We are writing to inform you that, due to reduced staffing on your originally scheduled appointment date, your visa appointment has been rescheduled to September 10, 2026, at 7:30 a.m.

We sincerely apologize for any inconvenience this change may cause and thank you for your understanding.

To facilitate your entry into the Consular Section, please print this email and present it to the guards at the Consular entrance for access.

Should you have any questions or concerns, please do not hesitate to contact us.

Sincerely,

**Consular Section/as**

U.S. Embassy Yaounde

**From:** [redacted]
**To:** Jessica Hermoza
**Subject:** Fwd: Your U.S. Visa Appointment Has Been Rescheduled
**Date:** Monday, August 24, 2026 1:22:30 PM

---

---------- Forwarded message ---------
From: <noreply@tom.usvisaappt.com>
Date: Mon, Aug 24, 2026 at 1:10 PM
Subject: Your U.S. Visa Appointment Has Been Rescheduled
To: [redacted]

Dear Applicant,

Your Immigrant Visa appointment has been rescheduled. You will receive an email confirmation of your new appointment date and time. Please do not appear at the consular section until directed to do so with a rescheduled appointment.

We apologize in advance for any inconvenience that this may cause.

Sincerely,

U.S. Visa and American Citizens Support Service

# Exhibit B

**From:** Adriana Coppola
**To:** Joanna Cuevas Ingram; Elizabeth Choo; Tanya Broder; Herbert Akankunda
**Subject:** Fw: [redacted] Follow-Up on Interview Cancellation
**Date:** Friday, August 28, 2026 2:56:51 PM
**Attachments:** image.png
image.png
image.png
image.png
image.png
image.png
image.png
image.png
International Institute of Wisconsin Mail - Fw  Immigrant Visa appointment has been rescheduled.pdf

---

Example from Albania attached and below.


**Adriana Coppola**
Supervising Attorney of Emerging Issues
**Email:** acoppola@cliniclegal.org
**Office:** 786-607-3936
cliniclegal.org


---

**From:** Abby Phillips Cole <acole@iiwisconsin.org>
**Sent:** Friday, August 28, 2026 2:44 PM
**To:** Adriana Coppola <acoppola@cliniclegal.org>
**Subject:** [redacted]: Follow-Up on Interview Cancellation

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. If you are concerned this is a suspicious email, please contact Xpertechs for review and next steps.

Hello Adriana,

The redacted email is attached. This client (spouse of a U.S. citizen) had an immigrant visa interview in July. The U.S. Consulate requested additional information, which she submitted. We then rescheduled a follow-up interview for August 27. On August 25, the Petitioner received the attached email, which he forwarded to me. We have not received any further correspondence regarding a reschedule.

Please let me know if you need any other information/documentation.

Thank you and have a good weekend!

Abigail Cole | Attorney
International Institute of Wisconsin
1110 N. Dr. Martin Luther King Jr. Dr. Suite 420
Milwaukee, WI 53203
Ph: (414) 225-6220 Email: acole@iiwisconsin.org

WHERE CULTURES MEET & COMMUNITIES GROW

Abby Cole <acole@iiwisconsin.org>

---

# Fw: Immigrant Visa appointment has been rescheduled

5 messages

---

[redacted] [redacted]

[redacted]

[redacted]

Begin forwarded message:

On Tuesday, August 25, 2026, 8:39 AM, Tirana US Consulate <TiranaUSConsulate@state.gov> wrote:

> Dear Applicant,
>
> Your Immigrant Visa appointment has been rescheduled. You will receive email confirmation of your new appointment date and time. Please do not appear at the consular section until directed to do so with a rescheduled appointment.
>
> We apologize in advance for any inconvenience that this may cause.
>
> Sincerely,
>
> **Consular Communications Team**
> U.S. Embassy Tirana
> Consular Section
> +355 (0) 4 224 7285
>
> UNITED STATES of AMERICA

---

**20 attachments**

UNITED STATES of AMERICA **Outlook-usa-flag-e.png**
3K

UNITED STATES of AMERICA **Outlook-usa-flag-e.png**
3K

UNITED STATES of AMERICA **Outlook-usa-flag-e.png**
3K

UNITED STATES of AMERICA **Outlook-usa-flag-e.png**
3K

UNITED STATES of AMERICA **Outlook-usa-flag-e.png**
3K