# Exhibit 9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs*,<br>v.<br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br>**DECLARATION FOR FERNANDO LIZCANO LOSADA** |

I, FERNANDO LIZCANO LOSADA, declare as follows:

1. I am a citizen of Colombia and a physician and endocrinologist with approximately thirty years of experience in metabolic disease research and clinical practice.

2. On December 30, 2024, I filed a Form I-140, Immigration Petition for Alien Workers, with U.S. Citizenship and Immigration Services.

3. On January 22, 2025, USCIS approved my petition in the employment-based first preference category for individuals of extraordinary ability, commonly known as EB-1A.

4. I thereafter completed the immigrant visa process required of me. The immigrant visa fees were paid, my DS-260 immigrant visa application was completed and submitted, and I provided all required supporting documents. My case was deemed documentarily complete on August 25, 2025.

5. On January 22, 2026, I appeared for my immigrant visa interview at the U.S. Embassy in Bogotá, Colombia.

6. At that interview, I understood that there was no additional action required from me at that time, but I received a notice of refusal under INA §221(g) because of the pause on immigrant visa issuance.

7. I understood from the consular officer and the written notice provided to me that the pause was preventing issuance of my visa and that I should await further information regarding the resumption of immigrant visa issuance.

8. After learning of the Court's order, I reasonably expected that my case would begin moving forward. Instead, I remained without guidance regarding what, if anything, was required from me to complete visa issuance.

9. On August 25, 2026, I emailed the U.S. Embassy in Bogotá to request guidance regarding the status of my case and the next steps for adjudication and visa issuance. In that email, I explained that my case had been affected by the pause, that my CEAC status appeared as "Ready," and that I was requesting information regarding whether any follow-up appointment, updated medical examination, passport submission, or additional documentation was required.

10. To date, I have received no response to my August 25, 2026 email and no further guidance from the Embassy regarding what steps, if any, I must take to complete the visa process.

11. Despite having completed every step required of me and despite being told that everything was in order, my visa still has not been issued and my case remains unresolved.

12. This continued delay has significantly disrupted my professional plans. In anticipation of completing the immigration process after approval of my EB-1A petition, I began

planning for the next phase of my academic and research career in the United States, including discussions regarding future collaborations with U.S.-based researchers and adjustments to my research planning in Colombia.

13. Because I have been unable to finalize the visa process, those professional arrangements have been disrupted. The delay has affected the timing and coordination of potential research collaborations, grant-related planning, and institutional commitments, all of which depend on structured timelines and continuity.

14. The continued delay has also disrupted my personal life. After my EB-1A petition was approved, I began preparing for what I understood to be a definitive transition to the United States. I reorganized important aspects of my financial planning, housing considerations, professional timing, and long-term personal commitments in anticipation of that move.

15. Instead of being able to move forward after completing the visa process, I have remained in a prolonged state of uncertainty. That uncertainty has forced me to postpone important decisions about the next stage of my life and has left me without a clear timeline for when I will be able to relocate.

16. This situation has created substantial emotional strain. There is a significant psychological burden in preparing for a major life transition, complying with all legal requirements, and receiving formal petition approval, only to have the final stage of the process suspended indefinitely and remain unresolved even after the Court ordered the pause lifted.

17. I remain committed to continuing my career in the United States as a lawful permanent resident and to contributing to the U.S. medical research community. But the continued

delay in my visa adjudication is preventing me from moving forward with those plans and is causing ongoing professional and personal harm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2026

FERNANDO LIZCANO LOSADA