# Exhibit 10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br><br>v.<br><br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION FOR ANDRES ALFONSO MEDINA RAMIREZ** |

I, ANDRES ALFONSO MEDINA RAMIREZ, hereby declare:

1. I am a citizen of Colombia.
2. I currently reside in Panama with my wife and our five-year-old daughter, Maria Paula.
3. On December 11, 2023, I filed an EB-2 National Interest Waiver immigrant visa petition, which was approved on April 16, 2025.
4. On August 22, 2025, the U.S. Department of State determined that my immigrant visa application was documentarily complete.
5. I completed consular processing and appeared for my immigrant visa interview at the U.S. Embassy in Bogotá, Colombia, on January 22, 2026.
6. At the conclusion of my interview, I was informed that my visa had been approved. I was also told, however, that because of the pause on immigrant visa issuance, the visa could not be issued at that time.
7. I asked whether that meant my case had been denied, and I was told that it had not. Instead, I was told that I would need to wait until the pause was lifted to find out whether I would need to complete new medical examinations before my visa could be issued.

8. I then received a notice of refusal under INA § 221(g), 8 U.S.C. § 1201(g), citing the Department of State's January 21, 2026 pause on immigrant visa issuance for certain nationalities, including Colombians.

9. I understand that this Court has since ordered the Department of State to lift that pause.

10. After learning of the Court's order, I emailed the U.S. Embassy in Bogotá to request an update on the status of my case and guidance regarding the next steps required for me to receive my immigrant visa.

11. I have not received a response from the Embassy or any guidance concerning what I must now do for my visa to be issued.

12. Despite having completed every step required of me, my visa still has not been issued and my case has not moved forward. More than seven months have passed since my interview, and I remain unable to move forward even though I was told my visa had been approved.

13. This continued delay has caused significant professional harm. My approved EB-2 National Interest Waiver petition is based on my professional background and the contributions I intend to make in the United States. Because my visa has not been issued, I have been unable to move forward with the professional plans, projects, and investments that formed part of my business plan and immigration process.

14. The delay has also prevented me from pursuing professional opportunities in the United States during 2026 and from contributing my skills and innovations to the U.S. construction industry, where my work is intended to support safer and more sustainable construction practices. These lost opportunities are time-sensitive and cannot be fully recovered later.

15. The delay has also caused serious personal and family hardship. My family and I have been unable to make firm decisions about where we will live, when we will relocate,

where our daughter will attend school, and how we should organize our work and family responsibilities. Without any clear timeline for visa adjudication, we are forced to keep major life decisions on hold.

16. This uncertainty has been emotionally exhausting for me and my family. After completing my interview and being told that my visa had been approved, I reasonably believed that this long immigration process was nearing completion. Instead, we have remained in limbo for months despite my having complied with every requirement.

17. The continued uncertainty has placed ongoing strain on our family life, our planning, and our emotional well-being. The inability to move forward with plans that were already real and in motion has been deeply distressing for all of us.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2026

ANDRES ALFONSO MEDINA RAMIREZ