# Exhibit 12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,<br>*Plaintiffs,*<br>v.<br>MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,<br>*Defendants.* | Civil Action No. 1:26-cv-00858-JAV<br><br>**DECLARATION FOR LINA MARGARITA ANGULO PEÑARANDA** |

I, LINA MARGARITA ANGULO PEÑARANDA, declare as follows:

1. I am a citizen of Colombia and a professional architect specializing in residential architecture and interior design. I have nearly 20 years of experience designing functional and impactful spaces tailored to the needs of my clients.
2. On November 1, 2023, I filed an EB-2 National Interest Waiver immigrant visa petition, which was approved on January 10, 2025.
3. I completed all steps of consular processing and appeared for my immigrant visa interview at the U.S. Embassy in Bogotá, Colombia, on January 21, 2026.
4. Although I was informed that my case was complete, I later received a notice of refusal under INA § 221(g), 8 U.S.C. § 1201(g), based on the Department of State's pause on immigrant visa issuance.
5. I was specifically instructed to wait for further notice regarding the pause before taking my final steps in the process.
6. Seven months after my interview, on August 21, 2026, my attorney informed me that this Court had ordered the Department of State to lift the pause.

7. After hearing nothing further from the Embassy, I emailed them on August 27, 2026, to request an update on the status of my case and guidance regarding the next steps, including when I may be able to receive my immigrant visa.

8. As of the date of this declaration, I have not received a response from the Embassy to my August 27, 2026 email.

9. When I learned that the Court had ordered the pause lifted, I expected that my case would begin moving forward and that I would finally receive instructions about visa issuance. Instead, I remain in the same position as before, without any clear update, next step, or timeline. That continued inaction has caused new and additional delay on top of the many months I had already been waiting since my interview.

10. These new delays have worsened the professional harm I am suffering. USCIS has already determined that I qualify for a National Interest Waiver, and I have completed every step required of me in the immigrant visa process. Even so, I remain unable to relocate to the United States and begin the professional work I intended to undertake there.

11. Because my immigrant visa application remains suspended, I am unable to carry out projects that would benefit U.S. workers, employers, and supply chains, including through the use of locally sourced materials and design practices developed through my years of experience. The longer my visa adjudication is delayed, the longer I am prevented from contributing to the U.S. economy through the innovative architectural and design work I am prepared to perform.

12. The continued delay also affects my ability to plan and pursue time-sensitive professional opportunities. In my field, projects, collaborations, and business opportunities do not remain open indefinitely. Because I still do not know when my visa will be issued, I cannot confidently commit to future work in the United States,

organize projects, build professional relationships, or move forward with the professional plans that formed the basis of my immigration process.

13. The delay has also created uncertainty about whether I may need to repeat time-sensitive parts of the visa process, including medical examinations or updated documentation, before my visa can be issued. That possibility creates additional stress, expense, and uncertainty for me and my family.

14. On a personal level, these continued delays have caused serious hardship for me, my husband, and my daughter, who have gone through this process with me over the past three years. After completing my visa interview, I believed I had reached the final stage of the process. When I later learned that the Court had ordered the pause lifted, I again expected that we would finally be able to move forward. Instead, we are still waiting.

15. This ongoing uncertainty has made it extremely difficult for us to plan our lives, including decisions about relocation, housing, family stability, and our future as a family. Without any reliable timeline, we are unable to make major decisions with confidence.

16. The emotional toll of these delays has been substantial. What has been especially difficult is not only the length of the delay itself, but the fact that even after the Court ordered the pause lifted, there has still been no meaningful progress in my case. That has deepened my stress, frustration, and uncertainty about when this process will end.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2026

[redacted]