**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER, AGNES KYEREMAA, PATRICIA RICHARDSON, CESAR ANDRED AGUIRRE, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ADRIAN MITCHELL, JUAN DAVID BUITRAGO CAGUA, ALEJANDRA ALCENDRA MOSCOTE, ANDRES ALFONSO MEDINA RAMIREZ, FERNANDO LIZCANO LOSADA and LINA MARGARITA ANGULO PEÑARANDA

Plaintiffs,

- against -

MARCO RUBIO in his official capacity as Secretary of State; and the UNITED STATES DEPARTMENT OF STATE,

Defendants.

Case No. 1:26-cv-00858 (JAV)

**DECLARATION OF AGNES KYEREMAA**

I, AGNES KYEREMAA, hereby declare, pursuant to 28 U.S. Code § 1746:

1. My name is Agnes Kyeremaa. I am 81 years old, and I am a U.S. citizen.

2. I reside in Harlem, New York with my husband. My husband is 89 years old and a U.S. citizen. He is also the father of my children.

3. I was born in Ghana, and I am a member of African Communities Together ("ACT").

4. In June 2016, I filed I-130 Petitions for Alien Relative with U.S. Citizenship and Immigration Services ("USCIS") for four of my adult sons and daughters and three derivative grandchildren. These four adult children are Richard Kumi, Anthony Amankwaa, Francis Kumi, and Janet Yeboaa.

5. On February 9, 2023, the petitions were approved and were transferred by USCIS to the U.S. Department of State ("DOS") National Visa Center ("NVC") for submission of the DS-260 Immigrant Visa application and related required documents for each of my family members who are intending to immigrate.

6. The immigrant visa processing fees for the applications have been paid, the DS-260 Immigrant Visa applications were completed, and we have submitted all of the required documents to the NVC. The four adult children's cases are considered "documentarily complete" as of April 23, 2024 (Janet, Richard, and Francis), and May 13, 2004 (Anthony).

7. These four adult children attended their visa interviews on January 22, 2026.

8. After their interviews, each of these four adult children received notices under 8 U.S.C. § 1201(g) (INA § 221(g)) advising them that their visas were refused because Ghana is one of 75 countries subject to the DOS Blanket Visa Ban.

9. I also filed Form I-130 petitions for my four other adult sons and daughters. Those cases are not yet ready for consular interviews.

10. Ghana is one of the countries listed in the DOS 75-Country Blanket Public Charge Visa Ban ("Ban" or "Pause") announced by the Department of State ("DOS") on January 14, 2026, which became effective on January 21, 2026. As a result of this Ban, my children and grandchildren have been unable to complete the processing of their visas.

11. I understand that this court had ordered DOS to lift the pause. I thought that this would mean that the visa process for my children would move forward and we would be able to make plans for our future. But instead, we are still waiting for more information and do not have any idea what will happen.

12. None of my four children has received any communication from DOS or USCIS about the status of their visa application. They have informed me that they are checking the online system constantly for updates, but they have not heard anything new. Similarly, my other four adult children have not received any updates on the status of their visa application process.

13. My children and I have already invested significant time and resources in this process and have followed all steps of the legal process, but despite all of our efforts my children's visas still have not been issued or processed in accordance with the law. It has been more than eight months since they completed their interviews, and we do not know what will happen next. The uncertainty is very stressful.

14. My husband and I were lucky enough to travel to Ghana this year to visit our children and grandchildren. It has been wonderful to be with them and has made me even more anxious for them to come to the United States. Before this summer, we had not seen them for over 10 years, and the separation was devastating. Separation from my family made me feel anxious and caused me to experience insomnia, nightmares, and loss of appetite. When I am near my children and grandchildren, my mood and my physical health are both better, and I am dreading another prolonged separation.

15. I want to be able to make plans for our future, and I am unable to do so, and I have no idea when that will be possible. I need my children in the United States to help me care

for my husband, who suffered a stroke earlier this year. We are unable to make plans for his care and support because we do not know if our children will be able to join us in the United States.

16. My children reasonably assumed that once they completed their interviews and all other aspects of the process, DOS would move forward with processing their visas. This uncertainty about my children's pathway to come to the United States makes me feel powerless, nervous, and depressed. I feel like we are being punished even though we have done everything we were required to do.

17. I carry the anxiety and stress of this delay with me every day. It is emotionally exhausting to live with constant uncertainty. I am terrified that this pause will never end and I will not be able to be with my children in the United States.

18. My children also suffer from this uncertainty. After completing their interviews in January, they expected that they would be moving forward with the visa process and could plan for their future in the United States. Instead, they have been in limbo for nearly a year. They cannot explore job opportunities in the United States, and, at the same time, they are unable to make long-term commitments in Ghana because they don't know how long they will be staying. It is incredibly distressing to me that they cannot move forward with their plans.

19. Because of the Defendants' failure to resume processing visa applications and the continued uncertainty, I do not know if my children, grandchildren, and I will ever reunite in the United States. This is extremely upsetting and distressing for me.

20. My family members and I are harmed by the continued delay and uncertainty about whether the Secretary of State and DOS is complying with the Court's Order and Judgment because it is unnecessary, unfair, discriminatory, and cruel, not only for me and my children but for everyone who is denied the opportunity to go through the normal legal

immigration visa process. I lack clear information about what will come next and continue to suffer from anxiety and stress.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2026
Sunyani, Ghana

Agnes Kyeremaa