AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Catholic Legal Immigration Network, Inc., et al. )
*Plaintiff* )
v. ) Case No. 1:2026-cv-00858)
Rubio )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Catholic Legal Immigration Network, Inc. .

Date: 8/27/2026

/s/ Baher Azmy
*Attorney's signature*

Baher Azmy, NY 2860740.
*Printed name and bar number*

Center for Constitutional Rights
666 Broadway 7th Floor
New York, NY 10012
*Address*

bazmy@ccrjustice.org
*E-mail address*

212.614.6427
*Telephone number*

212,614.6400
*FAX number*

Print Save As... Reset