**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

Catholic Legal Immigration Network, Inc., African Communities Together, Agnes Kyeremaa, Patricia Richardson, Cesar Andred Aguirre, Maru Mahmud Hassen, Munthaz Mahmud Hassen, Adrian Mitchell, Juan David Buitrago Cagua, Alejandra Alcendra Moscote, Andres Alfonso Medina Ramirez, Fernando Lizcano Losada, and Lina Margarita Angulo Penaranda,

Plaintiffs,

v.

Marco Rubio in his official capacity as Secretary of State and United States Department of State,

Defendant.

------------------------------------------------------------x

1:26-cv-00858-JAV

**NOTICE OF APPEAL**

Defendants Marco Rubio and United States Department of State appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on August 24, 2026 by the U.S. District Court for the Southern District of New York.

Dated: September 10, 2026

Respectfully Submitted,

JAY CLAYTON
United States Attorney

ALYSSA O'GALLAGHER
Assistant U.S. Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

JULIAN KURZ
Trial Attorney

**CERTIFICATE OF SERVICE**

I, Susan Ansari, hereby certify that on September 10, 2026, I filed the foregoing brief with the Court's electronic filing system, which electronically served this brief on all counsel of record.

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice