NATIONAL IMMIGRATION LAW CENTER

September 11, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Joint Case Letter - *CLINIC et al. v. Rubio et al.*, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Pursuant to the Court's August 21, 2026, Opinion and Order (ECF No. 83), the parties met and conferred on September 10, 2026, regarding a proposed path forward on the remaining claims in this matter. Plaintiffs informed Defendants of their intention to file an amended complaint. The parties agreed to further meet and confer and, given the need for Defense Counsel to further confer with their clients, the parties respectfully request leave to submit a joint status letter by September 30, 2026, setting forth a proposed schedule for further proceedings in light of Plaintiffs' intention to amend their complaint.

Plaintiffs' anticipated amendment would not resolve Plaintiffs' separate concerns regarding Defendants' implementation of the Court's existing judgment and the matters addressed in Defendants' September 8, 2026, Status Report (ECF No. 96) and Plaintiffs' response to that Status Report (ECF No. 97).

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org



**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

NATIONAL IMMIGRATION LAW CENTER

olivares@nilc.org
choo@nilc.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

JAY CLAYTON
United States Attorney

JESSICA ROSENBAUM
Assistant U.S. Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

JULIAN KURZ
Trial Attorney

*Attorneys for Defendants*