**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARCO RUBIO, Secretary of State, et al.,<br><br>Defendants. | Case No. 1:26-cv-858-JAV |

# DEFENDANTS' NOTICE OF INTENT TO FILE A MOTION TO STAY THE RULE 54(b) JUDGMENT PENDING APPEAL WITH THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT

On August 21, 2026, this Court issued an Opinion and Order granting Plaintiffs' partial motion for summary judgment on Count One and parts of Count Seven and granting Defendants' partial motion for summary judgement on Count Three. ECF No. 83. The Court entered a Rule 54(b) Judgment on August 24, 2026. ECF No. 84. On September 14, 2026, Defendants filed a Motion to Stay the Rule 54(b) Judgment Pending Appeal. ECF No. 100. Given the importance of the issues presented and the harms caused by the Judgment, Defendants respectfully advise the Court that they intend to seek a stay of the Judgment from the Court of Appeals for the Second Circuit on Friday, September 25, 2026, if this Court has not ruled on Defendants' pending stay motion by that time.

Dated: September 17, 2026

Respectfully Submitted,

JAY CLAYTON
United States Attorney

JESSICA ROSENBAUM
Assistant U.S. Attorney

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

*<u>/s/ Susan Ansari</u>*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-5537
Susan.ansari2@usdoj.gov

JULIAN KURZ
Trial Attorney

**CERTIFICATE OF SERVICE**

I, Susan Ansari, hereby certify that on September 17, 2026, I filed the foregoing brief with the Court's electronic filing system, which electronically served this brief on all counsel of record.

*/s/ Susan Ansari*
SUSAN ANSARI
Trial Attorney
U.S. Department of Justice