UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,

Plaintiffs,

-v-

MARCO RUBIO, *in his official capacity as Secretary of State*, et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-00858 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court **ORDERS** that Plaintiffs respond to Defendants' motion to stay the Rule 54(b) judgment pending appellate review, ECF No. 100, by 5:00 pm on **Thursday, September 25, 2026.**

SO ORDERED.

Dated: September 23, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge