# Exhibit E

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

NAG YOUNG CHU (NYBN 5925821)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-7234
Jeremy.Chu@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROKSANA MEDANI *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as the President of the United States*, *et al.*,<br><br>Defendants. | CASE No. 5:26-cv-06332-EJD<br><br>**DEFENDANTS' SEPTEMBER 21, 2026 STATUS REPORT**<br><br>Hon. Edward J. Davila |

Pursuant to Court's Order Enforcing Preliminary Injunction (ECF No. 93), Defendants respectfully submit the following status report:

**(1) As of this filing, the following steps have been taken by the U.S. Department of State to comply with the Court's order**

(a) In accordance with the Court's Order on August 28, 2026 (ECF No. 83), the U.S. Department of State (the "Department") has been treating the pause on the issuance of Diversity Visas ("DV Pause Policy") as no longer operative. Consistent with the Order in *Catholic Legal Immigration Network, Inc. (CLINIC), et al. v. Rubio*, 26-cv-0858-JAV (S.D.N.Y.), the Department has been treating the Department of State policy reflected in 26 STATE 3740, "Pausing Immigrant Visa Issuances for Nationalities at High Risk of Public Charge" ("IV Pause Policy") as no longer in effect.

(b) The Department's websites continue to notify applicants and the public that the two policies have been vacated. The Department, through U.S. embassies and consulates, continues to take action to remove references to both vacated policies as such references are discovered on vendor and post-specific websites, as directed by the Department.

**(2) Additionally, the Department had implemented the following guidance to diplomatic and consular posts, which may have affected the adjudication of some Diversity Visa applicants**

Following months-long planning and deliberations by the Department that had begun prior to this Court's August 28, 2026 order and the *CLINIC* court's order on August 21, 2026, the Department instructed all regional posts to complete a set of required training related to public charge inadmissibility before processing and adjudicating immigrant visa applications.

Therefore, regional posts that have not completed such training have been, subject to certain exceptions, generally not permitted to resume immigrant visa processing. One such exception was for applications submitted by a named Plaintiff in this action or a plaintiff in *Ivanov v. Trump*, No. CV 26-2272 (RJL) (D.D.C.); *CLINIC v. Rubio*, No. 26-cv-858-JAV (S.D.N.Y.); *Storie v. Trump*, 26-cv-0915 (D.D.C.); or other similar litigation that challenge the DV Pause Policy or the IV Pause Policy. The Department has been reviewing this instruction to ensure compliance with the Court's order, and Defendants will provide the Court with information of any further developments regarding this training

as soon as they are available. The Department respectfully notes for the Court that its review of the instruction to ensure compliance with the Court's order is still ongoing.

**(3) The number of interviews scheduled and held since the last status report**

Since the last status report on September 18, 2026 (ECF No. 105), there have not been any new interviews scheduled for Diversity Visa applicants. Reinterviews have been scheduled for approximately 302 Diversity Visa applicants who were previously interviewed. These reinterviews have generally been scheduled for future dates. As of the time of this filing, approximately 31 new interviews and 226 reinterviews have taken place since the last status report. The data reported herein remain under ongoing review and are subject to change. To the extent any updates or corrections to these figures are necessary, they will be reflected in the next status report.[1]

**(4) The number of visas issued and denied since the last status report**

Since the last status report on September 18, 2026, approximately 67 Diversity Visa applications have been refused under the Immigration and Nationality Act. During the same time period, approximately 4 Diversity Visa applications have been approved for issuance. Note that certain refusals may include cases where a consular officer identified an applicant who was previously interviewed, but for whom a refusal had not been entered into consular systems.

---

[1] The U.S. Department of State data systems do not include information regarding interview dates and times, or changes to those dates and times, including interview scheduling conducted by posts, in a format that can be centrally collected. As a result, information included here regarding interviews scheduled and held needs to be compiled manually from posts around the world, across different time zones. Consequently, the data reported herein remain under ongoing review and are subject to change, and to the extent any updates or corrections to these figures are necessary, they will be reflected in the next status report.

Date: September 18, 2026

Respectfully submitted,

CRAIG MISSAKIAN
United States Attorney

By: __*/s/ Nag Young Chu*_____________
NAG YOUNG CHU
Assistant United States Attorney

Attorneys for the Defendants