DEMOCRACY FORWARD

September 29, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: Joint Motion to Enter Deadline for Responses to the Court's Order to Show Cause (ECF 108), *CLINIC et al. v. Rubio, et al.*, 26-cv-858

Dear Judge Vargas:

The parties have met and conferred and jointly move for the entry of a filing deadline for responses to the order to show cause. The parties respectfully request that the Court enter a simultaneous filing deadline of October 5 at 5 P.M.

Dated: September 29, 2026

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC 2704)
Tanya Broder
Efrén C Olivares
Elizabeth Choo**
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*/s/ Erez Reuveni*
Erez Reuveni
Catherine M.A. Carroll
Elena Goldstein
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org

*/s/ Hasan Shafiqullah*
Hasan Shafiqullah (HS3231)
Susan Welber
Evan Henley
Emily Lundgren
THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
Sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org

*/s/ Baher Azmy*
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445

*/s/ Antionette Dozier*
Antionette Dozier
David Kane
Joy Dockter
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org

*/s/ Sarah Wilson*
Sarah Wilson
David Kim
COLOMBO & HURD
301 E. Pine Street, Suite 450

Orlando, Florida 32801
(407) 478-1111

**Motion for Admission Pro Hac Vice Forthcoming*

***Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

SUSAN ANSARI
Trial Attorney

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Erez Reuveni, hereby certify that on September 29, 2026, I filed the foregoing Document with the Clerk of the Court for the United States District Court for the Southern District of New York using the CM/ECF system. Notice of this filing is being sent by operation of the Court's electronic filing system to all counsel of record who are registered CM/ECF users.

s/ Erez Reuveni
Erez Reuveni