NATIONAL IMMIGRATION LAW CENTER

September 29, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Second Joint Case Letter - *CLINIC et al. v. Rubio et al.*, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Pursuant to the Court's September 15, 2026 Order (ECF No. 102), the parties met and conferred on September 28, 2026, regarding the remaining claims in this matter. Plaintiffs propose to file an Amended Complaint by October 23, 2026. The parties jointly request that Defendants' deadline to answer or otherwise respond to the Amended Complaint be held in abeyance and stipulate that within one week after Plaintiffs file the Amended Complaint, the parties will meet and confer regarding a proposed joint schedule for further motion practice, which they will submit via a Third Joint Case Letter to the Court no later than November 6, 2026.

This proposed schedule concerns proceedings on Plaintiffs' remaining claims and is without prejudice to the separate issues presently before the Court pursuant to its September 24, 2026 Order to Show Cause (ECF No. 108). The parties have submitted a separate joint letter (ECF No. 110) proposing a schedule for responses to that Order.

Accordingly, the parties respectfully request that the Court approve the proposed schedule set forth above.

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043

NATIONAL IMMIGRATION LAW CENTER

(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATT SEAMON
Assistant Director

SUSAN ANSARI
Trial Attorney

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*



**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**