**UNCLASSIFIED**
SBU

| | |
|---|---|
| **MRN:** | 26 STATE 89798 |
| **Date/DTG:** | Sep 14, 2026 / 141156Z SEP 26 |
| **From:** | SECSTATE WASHDC |
| **Action:** | ALL DIPLOMATIC AND CONSULAR POSTS COLLECTIVE *Immediate* |
| **E.O.:** | 13526 |
| **TAGS:** | CMGT, CVIS |
| **Captions:** | SENSITIVE |
| **Reference:** | 25 STATE 5914 |
| **Subject:** | ACTION REQUEST: Immediate Expansion of Immigrant Visa Adjudication Reviews |

**SUMMARY**

1. (U) This is an action request. See paragraph 3.

2. (SBU) **SUMMARY:** Effectively immediately, consular managers must expand their review of immigrant visa (IV) adjudications to protect our national security, guarantee compliance with laws and procedures, and prevent visa fraud (REF A). The standard set for IV adjudication review will now closely match the already required case set for NIV adjudications. VO and DT have updated the Consular Consolidated Database (CCD) to populate the new required standard set for IV cases. Deputy Chiefs of Mission (DCM) and principal officers (PO) must conduct this mandatory IV adjudication review for consular officers if they are the reviewing officer for those officers. This cable details this guidance and provides step-by-step instructions on operationalizing these requirements. CA will host regional webinars to ensure compliance with this updated guidance and will update 9 FAM 504.11 septel. **End Summary.**

3. (U) **ACTION:** Appropriate consular managers or DCMs must review a standard set of IV adjudications each day IVs are adjudicated, to include all the parameters below:

- (1) (SBU) All issuances over [redacted]
- (2) (SBU) All applicants where the adjudicating officer overcame an INA 212(a)(4) refusal;
- (3) (SBU) All new refusals applied by an officer that cannot be overcome by the presentation of additional evidence (as required per 22 CFR 42.81(c));
- (4) (SBU) 10 percent of refused applicants selected at random; and
- (5) (SBU) 10 percent of issued applicants selected at random.

[redacted]

4. (SBU) **Reviewing IV Adjudications:** Managers must ensure consular officers enter robust case notes that indicate the applicant's eligibility for the visa. Case notes should address the qualifying relationship between the petitioner and applicant for family-based immigrant visa cases and the applicant's qualifications for employment in employment-based IV cases. Managers must also confirm consular officers have addressed in the case notes how they resolved any category 1 or 2 hits, national security or identity concerns, or how the applicant overcame an ineligibility. [redacted]

5. (SBU) **Reviewing Public Charge:** Consular managers must confirm the consular officer thoroughly reviewed and analyzed the totality of circumstances with regard to whether an applicant overcomes public charge - see 25 STATE 102426 and 9 FAM 302.8-2 for more information on adjudicating public charge (REF B). Consular officers must thoroughly document the applicant's ability to overcome public charge based on the totality of circumstances which must include, but are not limited to:

- Age;

- Health;
- Family status;
- Assets, resources, and financial status;
- Education and skills, including English proficiency;
- Any current or past receipt of public cash assistance for income maintenance or long-term institutionalization at government expense;
- Any current or past receipt of public welfare of any type in their home country; and
- A sufficient Affidavit of Support Under Section 213A of the INA (including that the petitioner and any joint sponsors (JS) or household members are not themselves in financial arrears), when required.

The 212(a)(4) analysis - whether an issuance or refusal - must be thoroughly documented in case notes.

6. (SBU) **Who Can Conduct the Adjudication Review:** Ideally, the manager performing the adjudication review should be the adjudicating officer's direct supervisor (rater) or another manager in the consular chain of command. If the director supervisor is out of the office, however, another consular manager can conduct the review due to the need to review cases promptly. Tenured officers with extensive experience can also be considered on a case-by-case basis. If the reviewing officer does not have a consular commission and title, that officer should nevertheless review adjudications (DCMs, for example, may not be authorized to adjudicate visas, but should review adjudications). In multi-post missions, the country consular coordinator (CCC) - often the minister-counselor for consular affairs (MCCA) - should review each constituent post's senior consular officer's adjudications, in lieu of the PO, even if the CCC is not the senior consular officer's direct supervisor. A multi-post mission may request an exception to this rule - such a request should be made to the visa analyst for immigrant visas in [redacted] and post's [redacted] analyst. For single consular officer posts, the DCM should as a matter of course review IV and NIV adjudications.

7. (SBU) **Deputy Chief of Mission or Principal Officer Responsibilities:** DCMs and POs must review the adjudications of the senior consular officer if there is no other reviewing officer as described in paragraph six. [redacted]

[redacted] 7 FAH H-660 will be updated with this information.

8. (SBU) **How to Conduct the Review:** CST has updated the IV Adjudication Review tool in CCD to create this standard set for review, similar to what already occurs for NIV. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

10. (SBU) **Additional Tool Updates and Next Steps to Enhance Public Charge Vetting and Adjudication Reviews:** VO has included additional updates to the IV Adjudication tool to continue to improve usability, [redacted]

[redacted]

11. (SBU) Managers should contact the [redacted] and their [redacted] with any questions about these requirements.

| | |
|---|---|
| **Signature:** | RUBIO |
| **XMT:** | BASRAH, AMCONSUL; CHENGDU, AMCONSUL; KABUL, AMEMBASSY; MINSK, AMEMBASSY; SANAA, AMEMBASSY; ST PETERSBURG, AMCONSUL; UNESCO PARIS, USMISSION; VLADIVOSTOK, AMCONSUL; YEKATERINBURG, AMCONSUL |

**UNCLASSIFIED**
SBU