**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

October 8, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *Catholic Legal Immigration Network, Inc. v. Rubio*, No. 1:26-cv-858-JAV — Motion to Adjourn October 14 Hearing or, Alternatively, to Appear Remotely

Dear Judge Vargas:

Defendants respectfully request that the Court adjourn the hearing presently scheduled for October 14, 2026, at 11:00 a.m. to October 20 or 21, 2026, or to another date that week convenient to the Court. In the alternative, if the Court prefers to retain the October 14 hearing date, Defendants respectfully request permission for Defendants' counsel to appear remotely.

Good cause exists for a brief adjournment because of an unusually compressed overlap between the October 14 hearing and proceedings concerning Defendants' pending motion for a stay in the Second Circuit. Plaintiffs filed their opposition to the stay motion on October 8, and Defendants' reply is due October 15. The attorney principally responsible for preparing that reply must therefore complete the appellate briefing during the same period in which counsel otherwise would need to prepare for and travel to New York for the October 14 hearing. The appellate proceedings also substantially overlap with issues raised by the Order to Show Cause: Defendants' response explains, among other things, that the pending appeal and stay motion bear on the scope of any additional relief this Court may enter. *See* ECF No. 114 at 14–18.

Defendants have explored alternative coverage arrangements, but other counsel familiar with the case are unavailable to handle the October 14 hearing. Defendants' co-counsel is presently on leave and, shortly after her return, must prepare for and appear at an October 16 hearing in *Calderon Jimenez, et al. v. Mullin, et al.*, No. 18-cv-10225-PBS (D. Mass.). Supervisory counsel who could otherwise handle the October 14 hearing has a previously scheduled deposition that day. Co-counsel will, however, be available the following week and could appear before this Court on October 20 or 21. A brief adjournment would therefore permit Defendants to present counsel familiar with the extensive post-judgment proceedings while also meeting the existing Second Circuit briefing schedule.

The requested adjournment is limited to several days and would not affect the briefing on the Court's Order to Show Cause, which is complete. Defendants recognize the Court's interest in resolving the issues raised by the Order to Show Cause promptly and therefore seek only the brief additional time necessary to accommodate these overlapping proceedings and counsel-availability constraints.

If the Court is not inclined to adjourn the hearing, Defendants respectfully request permission for counsel to appear remotely on October 14. A remote appearance would preserve the Court's existing hearing date while eliminating the substantial travel time associated with an in-person appearance and thereby allow counsel additional time to meet the October 15 appellate deadline. Defendants recognize the Court's preference for in-person proceedings and therefore request remote appearance only as an alternative to the requested brief adjournment.

This is Defendants' first request to adjourn the October 14 hearing. Plaintiffs oppose the request to adjourn the October 14 hearing but do not oppose conducting the hearing remotely.

Accordingly, Defendants respectfully request that the October 14 hearing be adjourned to October 20 or 21, 2026, or to another date that week convenient to the Court. In the alternative, Defendants respectfully request permission for counsel to appear remotely at the October 14 hearing.

Dated: October 8, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MATTHEW SEAMON
Assistant Director

SUSAN ANSARI
Trial Attorney

Respectfully submitted,

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*