**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

October 15, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *CLINIC et al. v. Rubio, et al.*, 26-cv-858-JAV — Request for Opportunity to Respond to Plaintiffs' Proposed Order, ECF No. 120

Dear Judge Vargas:

Defendants respectfully request an opportunity to respond to Plaintiffs' proposed order, ECF No. 120, filed today. Although the Court invited Plaintiffs to submit a proposed order addressing reporting requirements, the proposed order also seeks substantive relief, including deadlines for adjudicating visa applications, as well as extensive document-production obligations.

Given the scope of the proposed order, Defendants respectfully request until Monday, October 19, 2026, at 5:00 p.m. to submit a brief response and ask that the Court defer ruling on the proposed order until Defendants have had that opportunity.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TYLER BECKER
Counsel to the Attorney General

MATTHEW SEAMON
Assistant Director

SUSAN ANSARI
Trial Attorney

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*