**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

October 19, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *CLINIC et al. v. Rubio, et al.*, 26-cv-858-JAV — Notice of Second Circuit Stay Order and Request to Defer Consideration of Proposed Enforcement Order

Dear Judge Vargas:

Defendants respectfully write to advise the Court that today, October 19, 2026, the Second Circuit granted in part Defendants' request for a temporary stay pending consideration of their stay motion by a three-judge panel. *Catholic Legal Immigration Network, Inc. v. Rubio*, No. 26-2573 (2d Cir. Oct. 19, 2026), ECF No. 49.

Specifically, the Second Circuit stayed the portion of this Court's judgment vacating and remanding individual immigrant-visa refusals based solely on the January 14, 2026 Policy. The Second Circuit denied temporary relief as to the vacatur of the Policy itself and the declaratory judgment. The stay motion has been referred to a three-judge panel.

In light of this development, Defendants respectfully request that the Court defer further consideration of Plaintiffs' proposed enforcement order, ECF No. 120, pending the three-judge panel's resolution of the stay motion. Plaintiffs' enforcement request deals exclusively with the portion of this Court's order that has been stayed, so it is not suitable for further action at this time.

A copy of the Second Circuit's order is attached.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

TYLER BECKER
*Counsel to the Assistant Attorney General*

MATTHEW SEAMON
*Assistant Director*

SUSAN ANSARI
*Trial Attorney*

*/s/ Julian M. Kurz*
JULIAN M. KURZ
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*