**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation
Washington, D.C. 20530

October 20, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *Catholic Legal Immigration Network, Inc. v. Rubio*, No. 1:26-cv-858-JAV — Letter Motion for Leave to File Reply in Support of Request to Defer Enforcement

Dear Judge Vargas:

Defendants respectfully request leave to file a brief reply, not exceeding two pages, to Plaintiffs' October 19, 2026 letter (ECF No. 127) opposing Defendants' request to defer enforcement (ECF No. 126). Plaintiffs contend that the unstayed vacatur of the January 14 Policy independently requires reconsideration of individual visa refusals, notwithstanding the Second Circuit's October 19 order temporarily staying the portion of the Judgment vacating and remanding those refusals. Because that contention raises an important question concerning the scope and effect of the Second Circuit's stay, Defendants respectfully request an opportunity to respond before the Court rules on Plaintiffs' proposed enforcement order (ECF No. 120). Defendants are prepared to submit their reply promptly upon receiving leave.

Dated: October 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

TYLER BECKER
*Counsel to the Assistant Attorney General*

MATT SEAMON
*Assistant Director*

SUSAN ANSARI
*Trial Attorney*

*/s/ Julian M. Kurz*
JULIAN M. KURZ
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*