UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), et al.,

Plaintiffs,

-v-

MARCO RUBIO, *in his official capacity as Secretary of State*, et al.,

Defendants.

-------------------------------------------------------------------X

26-CV-00858 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the Government's letter conveying the Second Circuit's stay order and requesting that the Court defer enforcement of its judgment (ECF No. 126), and the Plaintiff's response to that letter (ECF No. 127). The Government has requested leave to file a reply letter in support of its request to defer enforcement. (ECF No. 128).

The Court grants the Government's request to file a reply brief. The reply brief shall address the Government's position regarding the effect of the Court's vacatur of the Policy on visas that were refused because of the Policy between January 14, 2026 and August 21, 2026. This shall include an explanation of whether, under existing regulations and policies, those visa applications will undergo additional processing or reprocessing now that the Policy is no longer in effect. The reply brief shall not exceed 1,250 words. The letter shall be due by **5:00 pm on Friday, October 23, 2026**.

The Clerk of Court is directed to terminate ECF No. 128.

SO ORDERED.

Dated: October 20, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge