NATIONAL IMMIGRATION LAW CENTER

October 20, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: First Letter Motion Request for Extension of Time to File Amended Complaint - *CLINIC et al. v. Rubio et al.*, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Pursuant to Your Honor's Individual Rule 3(E), Plaintiffs respectfully request a 14-day extension of the deadline to file their Amended Complaint, from October 23 to November 6, 2026. The October 23 deadline was proposed in Plaintiffs' Second Joint Case Status Letter and addressed in the Court's September 29, 2026 Memo Endorsement (ECF No. 113) pursuant to the Court's September 15, 2026 Order (ECF No. 102). This is Plaintiffs' first request to extend that deadline. The requested extension is necessary given the increased volume of recent filings, appearances, motion practice and deadlines in this case, including matters concerning the Order to Show Cause as well as recent and pending Second Circuit rulings.

Defendants consent to Plaintiffs' first extension request with the understanding that Defendants' deadline to answer will continue to be held in abeyance and that the parties will meet and confer on November 13, 2026 to develop a proposed joint schedule for further motion practice prior to submitting their Third Joint Case Letter (the next scheduled appearance) to the Court. The parties therefore also jointly request a 14-day extension of the deadline for their Third Joint Case Letter, from November 6 to November 20, 2026, in which they will submit that proposed schedule.

Accordingly, the parties respectfully request that the Court extend the Amended Complaint filing deadline to November 6, 2026, and the Third Joint Case Letter filing deadline to November 20, 2026.

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*



**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

NATIONAL IMMIGRATION LAW CENTER

Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
*Assistant Attorney General*
Civil Division

TYLER BECKER
*Counsel to the Assistant Attorney General*

MATT SEAMON
*Assistant Director*

SUSAN ANSARI
*Trial Attorney*

*/s/ Julian M. Kurz*
JULIAN M. KURZ
*Trial Attorney*
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Defendants*

cc: Counsel of record via ECF