DEMOCRACY FORWARD

October 23, 2026

FILED ELECTRONICALLY BY ECF
Hon. Jeannette Vargas
United States District Court
Southern District of New York
500 Pearl St., Room 703
New York, NY 10007

Re: *CLINIC, et al. v. Rubio, et al.*, No. 26-cv-858 – Plaintiffs' Request for Leave to Respond to Defendants' October 23, 2026 Letter (ECF 132)

Dear Judge Vargas:

Plaintiffs respectfully request leave to file a response, not exceeding 728 words, to Defendants' October 23, 2026 letter (ECF 132). Defendants' submission raises additional arguments concerning the effect of 22 C.F.R. § 42.81(e) on previously refused visa applications and the Court's authority to require reporting and document production notwithstanding the Second Circuit's partial administrative stay. A brief response would assist the Court in resolving these issues and determining the appropriate relief under its not-stayed judgment.

Plaintiffs accordingly request permission to file the proposed response attached to this letter.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Erez Reuveni*
Erez Reuveni*
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org

**Admitted Pro Hac Vice*

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Erez Reuveni, hereby certify that on October 23, 2026, I filed the foregoing Document with the Clerk of the Court for the United States District Court for the Southern District Court of New York using the CM/ECF system. Notice of this filing is being sent by operation of the Court's electronic filing system to all counsel of record who are registered CM/ECF users.

s/ Erez Reuveni
Erez Reuveni