AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Catholic Legal Immigration Network, Inc. et al.
*Plaintiff*
v.
Marco Rubio et al.
*Defendant*

Case No. 26-cv-00858

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs, including Plaintiffs added by Plaintiffs' First Amended and Supplemental Complaint (ECF 134) .

Date: 11/19/2026

/s/ Hasan Shafiqullah
*Attorney's signature*

Hasan Shafiqullah (HS3231)
*Printed name and bar number*

The Legal Aid Society
49 Thomas St., Floor 5
New York, NY 10013
*Address*

hhshafiqullah@legal-aid.org
*E-mail address*

(646) 745-7166
*Telephone number*

(646) 616-9232
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that, on November 19, 2026, I caused the foregoing document to be filed via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Hasan Shafiqullah*
Hasan Shafiqullah