AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Catholic Legal Immigration Network, Inc. et al.
*Plaintiff*
v.
Marco Rubio et al.
*Defendant*

Case No. 26-cv-00858-JAV

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs, including Plaintiffs added by Plaintiffs' First Amended and Supplemental Complaint (ECF 134) .

Date: 11/19/2026

/s/ Elizabeth Hope Choo
*Attorney's signature*

Elizabeth Hope Choo (6258727)
*Printed name and bar number*

National Immigration Law Center
P.O. Box 34573
Washington, DC 20043
*Address*

choo@nilc.org
*E-mail address*

(202) 216-0261
*Telephone number*

(202) 216-0266
*FAX number*