NATIONAL IMMIGRATION LAW CENTER

November 20, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
VargasNYSDChambers@nysd.uscourts.gov

**Re: Third Joint Case Letter - *CLINIC et al. v. Rubio et al.*, Civil Action No. 1:26-cv-00858-JAV**

Dear Judge Vargas,

Pursuant to the Court's October 21, 2026 Order (ECF No. 131), the parties submit this Third Joint Case Letter following meet-and-confer sessions on November 17 and 19, 2026, to propose a schedule in light of Plaintiffs' Amended and Supplemental Complaint and the remaining claims. Plaintiffs propose to file a motion for a stay under 5 U.S.C. § 705 of the Administrative Procedure Act (APA) and for a Preliminary Injunction by November 23, 2026, at 5:00 p.m. ET. The parties jointly request that Defendants' deadline to answer be held in abeyance and agree to the following briefing schedule: Defendants' opposition due December 17, 2026, at 5:00 p.m. ET, and Plaintiffs' reply due December 30, 2026, at 5:00 p.m. ET. The parties have agreed that Defendants will produce the administrative record and a privilege log in light of Plaintiffs' Amended and Supplemental Complaint, no later than December 18, 2026 at 5:00 p.m. ET.

In accordance with Your Honor's Individual Rule 5(A), the parties also jointly request an exception to the applicable word limits for the parties' forthcoming briefs to permit each side to file a principal brief of up to 11,000 words and Plaintiffs to file a reply brief of up to 4,500 words. The parties believe that a modest enlargement of the word limit will facilitate a more complete presentation of the issues and assist the Court in resolving the matters before it.

Pursuant to Local Rule 5.2 and Your Honor's Individual Rule 10(C), the parties have also met and conferred and confirm herein that Defendants will not oppose a Letter Motion request by Plaintiffs to redact sensitive personally identifiable information (including social security numbers, names of minor children, dates of birth, financial account numbers and home addresses, personally identifying numbers including passport or application case numbers, email addresses,



**Los Angeles**
3450 Wilshire Blvd. #108 - 62 | Los Angeles, CA 90010
(213) 639-3900

**Washington, DC**
P.O. Box 34573 | Washington, DC 20043
(202) 216-0261

**www.nilc.org**

phone numbers, school names and addresses where minors have attended school [apart from city and state], and other similar sensitive personally identifiable information or "PII") in any attachments filed with Plaintiffs' declarations in support of their motion on November 23, 2026, and given the high profile nature of this case, to ensure the personal and physical safety of Plaintiffs and their family members.

Accordingly, the parties respectfully request that the Court approve the proposed schedule set forth above.

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*
Joanna Elise Cuevas Ingram (JC2704)
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

cc: Counsel of record via ECF

NATIONAL IMMIGRATION LAW CENTER

JONATHAN D. GUYNN
*Acting Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER BECKER
*Counsel to the Assistant Attorney General*

MATTHEW P. SEAMON
*Assistant Director*

*/s/ Julian M. Kurz*
JULIAN M. KURZ
SUSAN ANSARI
*Trial Attorneys*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7283
julian.m.kurz@usdoj.gov

*Counsel for Appellants*