**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. (CLINIC), AFRICAN COMMUNITIES TOGETHER (ACT), WAEL ALI, TIMOLYN EBONY CARNEJA HOLT, AGNES KYEREMAA, WEBAZA NICHOLAS, HANAN RAMI, JOSHUA WHITNEY, ANGELA DURO, SABAH KALSOOM JAVAID, SALMAN HOSSAIN KHAN, YESSICA LINARES, MARU MAHMUD HASSEN, MUNTHAZ MAHMUD HASSEN, ALESSANDRA MARQUES LIMA, ADRIAN MITCHELL, CHRISTINA MULLIGAN, PATRICIA RICHARDSON, LINA MARGARITA ANGULO PEÑARANDA, FERNANDO LIZCANO LOSADA and ANDRES ALFONSO MEDINA RAMIREZ,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARCO RUBIO, in his official capacity as Secretary of State, and the UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00858-JAV |

## NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND STAY UNDER 5 U.S.C. § 705

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65 and 5 U.S.C. § 705, and upon the accompanying Declarations of Adrian Mitchell, Agnes Keyeremaa,

Alessandra Marques Lima, Amaha Kassa, Angelo Duro, Charles Wheeler, Christina Mulligan, Hanan Rami, Josef Burton, Joshua Whitney, Juan David Buitrago Cagua, Lina Margarita Angulo Peña, Maru Mahmud Hassen, Patricia Richardson, Sabah Kalsoom Javaid, Salman Hossain Khan, Timolyn Ebony Carneja, Wael Ali, Webaza Nicholas, Yessica Linares, and the exhibits annexed thereto, and the Amended and Supplemental Complaint and the exhibits annexed thereto, Plaintiffs, by their undersigned attorneys, hereby move this Court, before the Honorable Jeannette A. Vargas, at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order, pending final judgment in this action: (1) preliminarily enjoining Defendants from implementing or enforcing the Consular Processing Cable, ECF No. 134, Ex. AB, the Public Charge Directives, ECF No. 134, Ex. AC-AG, and the Review and Override Policy, ECF No. 134, Ex. AF-AG, (2) postponing the effective date of the Consular Processing Cable, the Public Charge Directives, and the Review and Override Policy; (3) entering the Proposed Order accompanying this Motion; and (4) such additional relief as the Court considers just.

Dated: November 23, 2026

Respectfully submitted,

*/s/ Joanna Elise Cuevas Ingram*

Joanna Elise Cuevas Ingram
Tanya Broder*
Efrén C Olivares*
Elizabeth Choo
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
(213) 377-5258
cuevasingram@nilc.org
broder@nilc.org
olivares@nilc.org
choo@nilc.org

*/s/ Erez Reuveni*
Erez Reuveni*
Catherine M.A. Carroll*
Elena Goldstein
Jonathan H. Hurwitz
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 316-9538 (Reuveni)
ereuveni@democracyforward.org
ccarroll@democracyforward.org
egoldstein@democracyforward.org
jhurwitz@v.democracyforward.org

*/s/ Hasan Shafiqullah*
Hasan Shafiqullah
Susan Welber
Evan Henley
Emily Lundgren
THE LEGAL AID SOCIETY
49 Thomas St., 5th Floor
New York, NY 10013
(212) 577-3300
hhshafiqullah@legal-aid.org
sewelber@legal-aid.org
ewhenley@legal-aid.org
elundgren@legal-aid.org

*/s/ Baher Azmy*
Baher Azmy
Angelo Guisado
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway
7th Floor
New York, New York 10012
(212) 614-6445
bazmy@ccrjustice.org
aguisado@ccrjustice.org

*/s/ Antionette Dozier*
Antionette Dozier*
David Kane*
Joy Dockter*

WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
(213) 487-7211
adozier@wclp.org
dkane@wclp.org
jdockter@wclp.org

*/s/ Sarah Wilson*
Sarah Wilson*
David Kim*
COLOMBO & HURD
301 E. Pine Street, Suite 450
Orlando, Florida 32801
(407) 478-1111
swilson@colombohurd.com
dkim@colombohurd.com

* *Admitted Pro Hac Vice*

** *Petition for Attorney Admission Forthcoming*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Erez Reuveni, hereby certify that on November 23, 2026, I filed the foregoing Document with the Clerk of the Court for the United States District Court for the Southern District Court of New York using the CM/ECF system. Notice of this filing is being sent by operation of the Court's electronic filing system to all counsel of record who are registered CM/ECF users. I have also emailed counsel of record for Defendants.

*/s/ Erez Reuveni*
Erez Reuveni